UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

Bradshaw, et. al.

    v.                          Case # _____

Jewkes, et. al.

**EXHIBITS**

OFFERED BY: PLAINTIFFS

| NUMBER | DESCRIPTION |
|---|---|
| 1 | Final Environmental Assessment (pp 1-397) |
| 2. | Finding of No Significant Impact (pp 1-56) |
| 3. | Newspaper Articles (pp 1-49) |
| 4. | Mitigation Plan (Extract from Exhibit 1) (2 pages) |
| 5. | January 16, 2025 Press Release (3 pages) |
| 6. | Synopsis of 80 Disability Discrimination Complaints (4 pages) |
| 7. | NEPA Environmental Analysis Memorandum for Record (pp 1-14) |
| 8. | Forest Service Handbook (FSH) 1909.15 (pp 1-47) |
| 9. | Plaintiff's March 25, 2025 Request to Reopen (pp 1-15) |
| 10. | Defendant's April 4, 2025 Response to Request to Reopen (2 pages) |
| 11. | Plaintiff's April 8, 2025 Request to Reconsider (4 pages) |
| 12. | Service Provider Statements (2 pages) |
| 13. | Forest Service Handbook (FSH) 1909.17 (pp. 1-56) |