

United States

Department of
Agriculture

Forest Service



January 2023

# Cabin Butte Vegetation Management Project

## *Final* Decision Notice and Finding of No Significant Impact

**Bend-Fort Rock Ranger District**
**Deschutes National Forest**
**Deschutes County, Oregon**

Legal Location: Township 18 South, Range 12 East, Sections 26-29, 32-36; Township 18 South, Range 13 East, Sections 31; Township 19 South, Range 11 East Sections 1, 2, 11, 12. Township 19 South, Range 12 East Sections 1-16, 21-27, Township 19 South, Range 13 East Sections 4-9, 15-19, 30 Willamette Meridian

USDA NON-DISCRIMINATION POLICY STATEMENT

DR 43000.003 USDA Equal Opportunity Public Notification Policy (June 2, 2015)

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov .

USDA is an equal opportunity provider, employer and lender.

Exhibit B, Page 2

## Table of Contents

Table of Contents ........................................................................................................................ 3

Introduction ............................................................................................................................... 4

Decision and Reasons for the Decision ..................................................................................... 6

Other Alternatives Considered ................................................................................................ 14

Public Involvement and Consultation with Government Agencies and Tribes ...................... 14

Finding of No Significant Impact ............................................................................................. 16

Administrative Review Process ................................................................................................ 19

Implementation ....................................................................................................................... 19

Contact and Additional Information ........................................................................................ 19

Responsible Official .................................................................................................................. 20

Appendix A – Project Design Criteria ...................................................................................... 21

Appendix B – Maps of Actions in the Project Area ................................................................. 46

Appendix C – Alternative 2 Units ............................................................................................ 48

Exhibit B, Page 3

Cabin Butte Final Decision Notice and Finding of No Significant Impact

## Introduction

The 25,804-acre Cabin Butte Vegetation Management project area (referred to as Cabin) is located just south of Bend, Oregon on the Bend-Fort Rock Ranger District of the Deschutes National Forest (referred to as the Deschutes) (Figure 1). The north edge of the project area follows the national forest boundary line. The western portion of the project area crosses Highway 97 south of Deschutes River Woods and borders lava flows. Forest Service Road (FSR) 18, also known as China Hat Road, goes through the project area.



Figure 1. Cabin Butte vicinity map.

Exhibit B, Page 4

Cabin Butte Final Decision Notice and Finding of No Significant Impact

The project area is less than 1 mile south of the Bend urban growth boundary, adjacent to private lands and approximately 11,591 acres is within the wildland urban interface as defined by the Greater Bend Community Wildfire Protection Plan.

There are several trailheads within the project area, including: Bessie Butte, Boyd Cave, and Horseshoe Butte trailheads. All trailheads are minimally developed. These trailheads access several trails within the area that are used by equestrians, mountain bikers, and hikers. These trails can also be used for access by other recreation activities such as hunting.

The project area naturally has different focus zones, Figure 2**Error! Reference source not found.**. The first zone is the wildland urban interface and generally expands 1 mile to the south of private property and within the Greater Bend Community Wildfire Protection Plan. The second zone is shrublands located in the Skelton fire scar and is comprised predominantly of bitterbrush, grasses, and sage brush and is identified as a greater sage grouse habitat area. The third zone, the south zone, is predominantly black bark ponderosa pine stands.



Figure 2. Cabin Butte zones.

Dry ponderosa pine plant association groups make up most of the project area (around 90%). There are small inclusions of lodgepole pine and mixed conifer plant associations along the southern boundary and a small group of juniper woodland plant association groups adjacent to the northern boundary of the project area. Stands of ponderosa pine are much denser, with some developing continuous

5

understories. Portions of this project that have had recent fire have had uncharacteristically severe fire for what traditionally is observed in ponderosa pine stands. The remaining portions of the project area have not seen fire for close to 120 years resulting in a lack of frequent fire, increase in an uncharacteristic accumulation of fuels, development of dense understory and mid-story canopies which can be best described as increasing homogeneity across the landscape.

The overarching desired condition for forested lands within the project area is to promote stands that are resilient to disturbance. Vegetation management such as thinning will create space and resources for the remaining trees to grow both in size and vigor, increasing resiliency to insects, disease, and wildfire.

As for fuels, across the landscape the desire is to reduce fire hazard and to allow the re-introduction of fire as a disturbance process. Reintroducing low intensity fire as a natural process will help move the landscape towards the historic range of conditions. Although the area south of the wildland urban interface boundary is not in the direct interface with homes and communities, restoring historical fuel conditions is important given the quick moving nature of wildfires in this landscape.

The Cabin Butte Vegetation Management Project Environmental Assessment and accompanying project record is incorporated by reference into this decision notice.

## Decision and Reasons for the Decision

I have reviewed the Cabin Butte Vegetation Management Project Environmental Assessment (EA), the project record, and considered public comments submitted on this project. In making my decision, I considered how each alternative meets the purpose and need and complies with applicable laws, regulations, and policies. I have determined that there is adequate information to make a reasoned choice among the alternatives.

Based upon my review of all alternatives in the Cabin Butte Vegetation Management Environmental Assessment and the information in the project record, I have decided to implement alternative 2, as described below.

### *Specifics of the Decision*

In total, project activities are proposed on 24,964 acres (Table 1 and Appendix B – Maps of Actions in the Project Area). However, some treatments such as juniper reduction, woodland thinning (non-mechanical) and dripline underburning will occur on only a small portion of the proposed treatment unit. Overstory treatments will take place on about 19,500 acres, understory treatments on 16,800 acres, prescribed burning on 15,600 acres, and mastication on 18,300 acres. Forest products resulting from this alternative are estimated to be 14.3 million board feet of timber.

6

Exhibit B, Page 6

Table 1. Proposed alternative 2 treatments

| Cabin Butte Alternative 2 Elements | | |
|---|---|---|
| **Total Footprint Acres** | | 24,964 |
| **Overstory Tree Treatments (acres)** | Commercial Thin | 9,253 |
| | Thinning of Clumps | 2,839 |
| | Ponderosa Restoration | 359 |
| | Ponderosa Restoration - Slopes | 272 |
| | Lodgepole Overstory Removal | 133 |
| | Special Harvest | 251 |
| | Woodland Thin Mechanical | 1,087 |
| | Woodland Thin Non-mechanical* | 849 |
| | Juniper Reduction* | 4,512 |
| | **Total Overstory Treatments** | **19,554** |
| | Million Board Feet of Timber (MMBF) | 14.3 |
| **Understory Tree Treatments (acres)** | Plantation Skid and Deck | 172 |
| | Ladder Fuels Reduction | 12,402 |
| | Precommercial Thinning | 4,262 |
| | **Total Understory** | **16,826** |
| **Site Preparation and Reforestation** | | 46 |
| **Fuels Treatments (acres)** | Underburn | 13,003 |
| | Dripline Underburning | 2,633 |
| | **Total burning** | **15,636** |
| | Mastication / Mowing | 18,310 |
| **Road Work (miles)** | Roads to be Closed | 11.2 |
| | Road Decommissioning | 6.6 |
| | Decommission: system roads no longer present on the ground | 10.7 |
| | Temporary Roads | 49.7 |
| **Unauthorized Route Decommissioning (miles)** | | 13.1 |

Exhibit B, Page 7

This decision also includes:

*Lunabess Pit Expansion*: The existing rock quarry pit will need to be expanded by approximately 5 acres to provide rock material for road work associated with implementing the project.

*Boyd Cave Parking Area*: The parking area to access Boyd Cave will be moved to be adjacent with FSR 18. Motorized access on FSR 1819242 will be restricted and visitors will walk the 0.25-mile to the cave entrance ladder. Parking will be built to accommodate horse trailer parking, as well as other vehicle parking, for the Arnold Ice trail.

*Aspen Enhancement*: Small pockets of aspen stands occur within the project area. To improve the health of aspen clones, conifers will be cut to reduce competition. In addition, fencing may be installed to protect the aspen from ungulate browsing.

This decision includes all project design criteria listed in Appendix A – Project Design Criteria of this DN. Maps of the actions for this project are included in Appendix B – Maps of Actions in the Project Area of this DN. A list of all units with integrated prescriptions is included in Appendix C – Alternative 2 Units. See Sections 2.2 through 2.6 of the EA for a description of activities included in alternative 2.

### Alternative 2 Responding to the Purpose and Need

Landscape restoration in the Cabin Butte project area is critical to maintaining and enhancing the functions needed from healthy, productive, resilient forests, and to sustaining forest health into the future. The following describes how alternative 2 responds to the project's purpose and need elements:

**Restore forested areas towards historic conditions in terms of structure, composition, and process. Improve native vegetation resilience to disturbances such as insects, disease, and wildfire.**

Implementation of alternative 2 will move a larger portion of the project area (compared to other alternatives) to late and old structure forest conditions within the historical range of variability over the long-term and will improve resilience to large scale disturbances to better meet the purpose and need. In alternative 2, the overstory on 76% of the project acres would be thinned in some way versus 70% in alternative 3. Sixty-five percent of understory acres would be treated in alternative 2 versus 59% in alternative 3. Table 2 compares the three alternatives and shows how, for all three measures, alternative 2 has a higher percentage of acres that meet the purpose and need.

Table 2. Summary of how alternative 2 addresses the purpose and need of improving resilience.

| Purpose and Need | Indicator/Measure | Alternative 1 | Alternative 2 | Alternative 3 |
|---|---|---|---|---|
| Improve forest size class structure and species composition | Structural stages in relation to the historical range of variability | 28% of acres moving toward late open successional stage | **53% of acres moving toward late open successional stage** | 50% of acres moving toward late open successional stage |

| Improve forest resilience to beetle mortality | Stand density index. Percent of acres below the upper management zone | Short-term: 44% Long-term: 16% | **Short-term: 92%** **Long-term: 45%** | Short-term: 85% Long-term: 40% |
| Improve forest resilience to fire mortality | Percent of acres resilient to 4-foot flame lengths | Short-term: 67% Long-term: 83% | **Short-term: 81%** **Long-term: 89%** | Short-term: 76% Long-term: 88% |
| | Percent of acres resilient to 8-foot flame lengths | Short-term: 13% Long-term: 40% | **Short-term: 30%** **Long-term: 65%** | Short-term: 27% Long-term: 62% |

As Table 3 shows, the late open successional stage is outside of the HRV in both alternatives 2 and 3. Treatments in late-open and late-closed structure stages will only treat trees under 10 inches diameter at breast height; therefore, there will be no changes to late successional stages. All other successional stages are within the HRV in alternative 2. However, in alternative 3 the mid-closed stage is within but at the very top of the HRV range. Were proposed treatments not implemented on all acres, this successional stage would likely fall outside the HRV. With more acres being treated in alternative 2, the mid-closed successional stage is more likely to stay within the HRV even if some planned treatments are not implemented.

**Table 3. Proportion of successional stages in Cabin by alternative.**

| Successional Stage | Alternative 1 | Alternative 2 | Alternative 3 | Viable HRV |
|---|---|---|---|---|
| Early Successional | 39 | 39 | 39 | 10 – 45% |
| Mid-successional, Open | 28 | 53 | 50 | 30 – 87% |
| Mid-successional, Closed | 32 | 7 | 10 | 0 – 10% |
| Late successional, Open | 0.2 | 0.2 | 0.2 | 25 – 59% |
| Late successional, Closed | 1 | 1 | 1 | 0 – 7% |

| | | |
|---|---|---|
| Green | = Within Viable HRV range |
| Red | = Outside the Viable HRV range |
| Yellow | = On the boundary of the Viable HRV range |

Alternative 2 best meets the purpose and need of restoring forested areas towards historic conditions in terms of structure, composition and process and improving native vegetation resilience to disturbances such as insects, disease, and wildfire.

***Reduce the threat of large-scale wildfire to adjacent private landowners.***

Implementation of alternative 2 will use silvicultural and fuels treatments to decrease crown closure and surface and ladder fuels to reduce fire hazard within wildland urban interface identified areas, and along strategic transportation routes. The project will aid in future fire management by decreasing the intensity of future wildfire, providing strategic transportation routes for indirect fire suppression strategies, and providing safe ingress/egress by the public and firefighters during wildfire events.

Table 4. How alternative 2 meets the purpose and need of reducing threat of large-scale wildfire.

| Purpose and Need | Indicator/Measure | Alternative 1 | Alternative 2 | Alternative 3 |
|---|---|---|---|---|
| Reduce fire hazard | Wildfire Hazard Rating: Percent of area in Low Conditional Hazard Rating | 0% | 79% | 69% |
| Reduce fire hazard | Burn probability combined with fire intensity: Percent of area with Integrated Hazard rating of "lowest" or "lower". | Lowest: 19% Lower: 32% | Lowest: 85% Lower: 7% | Lowest: 77% Lower: 14% |

The more acres of Cabin in a low conditional fire hazard increases the ability to use direct attack, which allows for a greater probability that unwanted fires can be contained at smaller fire sizes limiting resource damage and potential loss of values at risk. These treatments would give forest and fire managers options to manage planned and unplanned ignitions throughout the project area. Alternative 2 brings 79% of the project area into a low conditional fire hazard rating, whereas alternative 3 brings 69% and alternative 1 has 0% of the project area in a low conditional fire hazard rating (Table 4).

When accounting for the probability that an area could burn using thousands of randomly located ignitions and resulting fire spread across the landscape, roughly 48% of the Cabin landscape falls into the middle, higher and highest threat categories under alternative 1 whereas under alternative 2 roughly 2% and alternative 3 roughly 3% fall in the middle hazard category. The actions alternatives move more of the project area from the middle to highest threat categories to the lower/lowest threat categories reducing the risk of a high intensity fire. Alternative 2 moves more of the project area into the lower/lowest threat categories.

Alternative 2 best meets the purpose and need of reducing the threat of large scale wildfire to adjacent private landowners.

***Reintroduce fire as a natural process moving the landscape towards the historical fire regime.***

Fire regime condition class is a tool to determine the degree of ecological departure from historical disturbance regimes. The project area has roughly 25,500 acres of moderate to high departure (condition class 2 or 3) from historical disturbance regimes. Alternative 2 best meets the purpose and need of moving the landscape towards the historical fire regime because it moves more acres into condition class 1 (Table 5). Alternative 3 leaves a larger proportion of the landscape in increased fire hazard.

Exhibit B, Page 10

Table 5. How alternative 2 meets the purpose and need of moving the landscape towards the historical fire regime.

| Alternative | Condition Class 1 | Condition Class 2 | Condition Class 3 |
|---|---|---|---|
| Alternative 1 (No Action) | 383 | 24,499 | 562 |
| **Alternative 2** | **15,636** | **10,168** | **0** |
| Alternative 3 | 14,644 | 11,160 | 0 |

***Provide long-term firefighter and public safety by reducing hazardous fuels.***

Mimicking the natural fire return interval through active management will improve vegetation resilience to disturbances reducing the threat of severe wildfires while improving firefighter and public safety by reducing hazardous fuels within the wildland urban interface (WUI) and throughout the project area.

Intent of this project is not to eradicate fire from the landscape but to conduct treatments that would move undesirable fire behavior such as active and passive crown fire to a surface fire measured at less than 4-foot flame lengths. Alternative 2 reduces the greatest amount of modeled fire behavior to surface fire across the landscape improving firefighter and public safety while providing more options for fire managers to manage wildfires (Table 6).

Alternative 2 bests meets the purpose and need of firefighter and public safety moving the highest percentage of the landscape into a surface fire condition.

Table 6. How alternative 2 meets the purpose and need of firefighter and public safety by reducing hazardous fuels.

| Crown Fire Activity under 90th Percentile Weather and Fuels Conditions | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Acres | % of Total | Acres | % of Total | Acres | % of Total | Acres | % of Total |
| Alternative | No Fire | | Surface Fire | | Passive Crown Fire | | Active Crown Fire | |
| Alternative 1 | 268 | 1% | 15,321 | 59% | 9,988 | 39% | 241 | 1% |
| **Alternative 2** | **268** | **1%** | **24,842** | **96%** | **707** | **3%** | **1** | **0%** |
| Alternative 3 | 268 | 1% | 23,267 | 90% | 2,270 | 9% | 13 | 0% |

***Use travel management direction to move towards a minimum road system to protect soil, plants, and wildlife habitat.***

Both action alternatives do not differ for this element of the purpose and need. The action alternatives will close, change to maintenance level 1, approximately 11.2 miles of road and decommission 6.6 miles of roads (Table 7). Through the travel management process the IDT has identified the road closures as roads as needed for future administrative use. There are 10.7 miles of roads currently listed on the Forest Service road system that are no longer present on the landscape. These roads would be 'decommissioned' from the Forest Service database. Most of these roads overlap with the area of the Skeleton Fire scar.

The action alternatives also reduce the open road density within the project area from 2.49 to 2.11 miles per square mile and in compliance with the Forest Plan (Table 7). Reducing the overall road density would move this portion of the area closer to the minimum road system, while still providing needed access for project management, public use, and firefighting needs.

**Table 7. How alternative 2 addresses the purpose and need of moving the areas towards a minimum road system.**

| Purpose and Need | Indicator/Measure | Alternative 1 | Alternative 2 | Alternative 3 |
|---|---|---|---|---|
| Moving the project area towards a minimum road system | Open system road density (miles by square mile | 2.49 | **2.11** | 2.11 |
| | Miles of system road closed or decommissioned | 0 | **17.8 miles** | 17.8 miles |

Road closures and decommissioning of system roads and unauthorized routes reduces vectors for invasive plant introductions, restores the impacted soils, and increases wildlife habitat core patches.

Use of travel routes in the project area has disturbance impacts to species, areas outside of the impacts from roads and trails are referred to as core habitat. After planned road and trail closures, approximately 10,649 acres (41%) would meet the definition of core habitat, the action alternatives would create additional core habitat and reduce some disturbance.

### Alternative 2 Responding to the Key Issue

The EA identified one key issue of deer winter range habitat. Roughly 80% of the project area is within the Forest Plan management allocation for Deer Winter Range Habitat (M-7). This allocation focuses vegetation management on providing habitat conditions for deer winter and transition ranges. The WUI overlaps with deer winter range sometimes creating differing desired conditions regarding brush and small tree densities.

Over 12,000 acres of the project area are within designated WUI. Stands within the WUI are typically treated more heavily than other areas because of the concern of a wildfire spreading from forested areas onto private lands and threatening homes and other resources. Since these areas are treated heavier than other forested areas, the potential impacts to wildlife and their habitats are typically greater. However, the Cabin WUI zone is also the area that has the most sustained use by the public. This use includes long-term extended-stay dispersed camping (which occurs year-round), hiking and biking on system and non-system roads and trails, target shooting (mainly at Coyote and Cabin Buttes), and horseback riding on trails and closed roads. These activities occur throughout the WUI, but primarily within a mile of the 18 (China Hat) Road and Highway 97. This area has the most ongoing disturbance for mule deer and is the poorest functioning habitat of the winter range in the project area. All of these activities combined lessen the suitability and habitat use within the WUI by deer and other wildlife. This also lessens the potential for impacts from proposed actions within WUI.

This alternative response to the key issue (Table 8) by:

12

The initial project proposal sent out during the scoping period was modified (currently alternative 2) to address some concerns raised during scoping and to incorporate further field verification of conditions. After further field review, overstory treatments were reduced by about 371 acres. As deer winter range habitat was identified as a key issue, proposed treatments of mowing (MST) and underburning were reduced by 831 acres and 1,837 acres, respectively, to provide a strong mosaic of brush and forage conditions. These reductions focused on areas with the highest known use by migrating deer while still meeting the purpose and need.

Between a third to half of the treatments impacting hiding cover and forage occurs within designated WUI, which is poorer quality habitat for mule deer due to the heavy amount of public use. Efforts to minimize impacts to mule deer habitat were primarily concentrated in the area outside of the WUI. A seasonal restriction was established for the stands within the high probability migration corridor. Fuels and vegetation treatment activities are restricted from occurring December 1 thru March 31, these activities include mechanical and non-mechanical vegetation treatments, mastication, piling and pile burning, and underburning treatments. The purpose of this seasonal restriction is to limit habitat manipulation and disturbance to mule deer during winter months, when deer are at their most vulnerable and during the periods of highest use.

Table 8. Summary of how each alternative addresses the key issue.

| Key Issue | Alternative 1 | Alternative 2 | Alternative 3 |
|---|---|---|---|
| **Deer Habitat Quality Indicators** | | | |
| Acres of hiding cover | 5,532 | 4,645 treated | 3,625 treated |
| Acres of browse retained for mule deer | 25,805 | 4,666 | 6,041 |
| Acres of treatment within the high probability deer migration areas | 0 | 10,860 | 9,851 |
| Core habitat acres | 8,804 | 10,649 | 10,649 |

Underburn units within M-7 winter range, for both action alternatives, will have burn prescriptions that focus on retaining bitterbrush re-establishment within 20 years to help meet standards and guides. Project design criteria (PDC), for both action alternatives, were developed to lessen reductions and impacts to hiding cover and browse. Hiding cover would be treated differently between WUI and non-WUI. Within WUI, the majority of the hiding cover acres would be masticated and burned, while outside of WUI, the majority would be masticated only. Bitterbrush has been shown to return to a useable height within winter range sooner when masticated only (4 years) than when masticated and burned (12 years). Within the migration corridor stands, hiding cover is also primarily treated with mastication only. Browse is treated similarly with the majority of the treatments being masticate only, this is true for both action alternatives. PDC's were developed to determine when a second entry prescribed burning is permitted. Core habitat would increase from 34% to 41% under both action alternatives with planned road and trail closures. Although both action alternatives negatively impact mule deer by reducing hiding cover and browse for mule deer, alternative 3 ultimately treats less mule deer hiding cover and

browse and would have less of a negative impact while alternative 2 better meets the purpose and need.

## Other Alternatives Considered

In addition to the selected alternative, I considered two other alternatives in detail and two alternatives were considered but eliminated from detailed study. A comparison of the alternatives can be found in Section 2.6 of the EA.

### Alternative 1 – No Action

Alternative 1, the no action alternative, serves as a baseline for comparison of the effects of all alternatives. Current management plans will continue to guide management of the project area. Proposed treatments, such as thinning, fuels treatments, road closures or decommissioning would not be implemented.

### Alternative 3

Alternative 3 proposes to treat 23,756 acres. Overstory tree treatments will take place on approximately 17,969 acres, understory tree treatments on 15,162 acres, site preparation and reforestation on 46 acres, prescribed burning on 14,644 acres, mastication/mowing on 16,174 acres (please note that treatment acres overlap in some cases). Forest products resulting from this alternative are estimated to be approximately 12.0 million board feet of timber. Road activities will include approximately 11.2 miles of road closures, 17.3 miles of road decommissioning, 13.1 miles of unauthorized route decommissioning, and 42.9 miles of temporary road construction.

Alternative 3 was developed to further address the key issue deer winter range habitat. Alternative 3 focused on reducing treatments in areas of known highest use deer migration corridors and best quality habitat. To provide additional brush and small tree cover for habitat components such as winter forage and hiding cover understory, mowing, and prescribed burning treatments were reduced.

I did not select the alternatives described above because they do not meet the purpose and need as well as alternative 2. The selected alternative provides the best combination of physical, biological, and social benefits, while improving stand resilience to fire, insect and disease, restoring historical age class structure and species composition, reducing the threat of a large scale wildfire, improving public safety, and minimizing the road system.

## Public Involvement and Consultation with Government Agencies and Tribes

### Public Scoping and Comment Periods

The Cabin Butte project was first listed in the Deschutes National Forest Schedule of Proposed Action in October 2019. The Schedule of Proposed Actions is available on the Deschutes National Forest website at: http://www.fs.fed.us/sopa/forest-level.php?110601. It has been updated throughout the analysis. In

addition, as part of the public involvement process, detailed project information can be found on the project website at: https://www.fs.usda.gov/project/?project=56998.

A letter requesting scoping comments that included a detailed description of the proposed action was mailed to around 500 individuals, organizations, and agencies on October 11, 2019 (mailing list is included in the project record). An online story map detailing the proposed action was also available to the public at the project website at: https://www.fs.usda.gov/project/?project=56998. Scoping comments were received from 15 individuals and organizations ranging from support for to opposition of all or parts of the project. Concerns with the project were related to impacts to air quality in Bend from prescribed burning, motorized access due to road closures and decommissioning, carbon storage from silviculture and fuels treatments, and wildlife habitat from project activities. Comments in support of the project included support for fuels reduction treatments for wildfire risk reduction, road closures and decommissioning, and provision of timber products. Several commenters also submitted science that has been reviewed and considered. Key issues were identified from scoping comments received. Scoping comments also informed the development of the alternatives that were considered in detail.

Notification that the draft environmental assessment was available for 30-day public comment starting May 5, 2022, was sent to approximately 705 individuals and organizations soliciting comments. Comments were received from 30 individuals or organizations. These comments were used to clarify sections of the EA and inform the responsible official. Some of the updates included small clarifications and refining the information throughout the EA. Other changes include the reinstatement of gray wolf as endangered and wolverine from sensitive to proposed for federal listing, updating the management indicator species actions that could have a cumulative reduction in mapped habitat, and updating the project design criteria to be consistent with specialist reports and adding two additional design criteria. Thermal cover was removed as a key indicator because thermal cover is not an accurate indicator for the key issue. Between the draft and final EA, it was noted that scenic views and general forest management area acres were flipped. The draft EA had M9 Scenic Views as 1,057 acres whereas it is 4,330 acres. The two management areas (M9 and M8) where switched to correspond with the correct acres. Appendix E includes a summary of the specific written comments received. Several commenters also submitted science that has been reviewed and considered (the Consideration of Science Submitted during the Public Comment Report for the project is incorporated by reference).

Approximately one-third of this project falls within the Deschutes Collaborative Forest Project (DCFP) area. The design of the Cabin Butte project incorporates many of the recommendations presented by the DCFP, including increasing landscape resilience to natural processes, using fire as a restoration tool where appropriate, promoting diverse understory vegetation conditions, promoting ponderosa pine as the dominant species, and retaining old-growth characteristic trees.

### *Tribal Government and State Historic Preservation Office Consultation*

Consultation with the Klamath Tribes, Confederated Tribes of the Warm Springs and the Burn Paiute Tribe was initiated by letter on August 7, 2019. General comments were received from the Klamath Tribes and Confederated Tribes of the Warm Springs.

The Forest has completed necessary reporting for the State Historic Preservation Office (SHPO) following guidelines in the Regional Programmatic Agreement among USDA-Forest Service, the Advisory Council on Historic Preservation, and the Oregon SHPO. The Oregon SHPO concurred with the Forest Service finding of "No Adverse Effect to Historic Properties."

## Finding of No Significant Impact

After reviewing the environmental effects described in the Cabin Butte Vegetation Management Project Environmental Assessment chapter 3, I have determined that these actions will not have a significant effect on the quality of the human environment; therefore, an environmental impact statement is not needed. Determining significance requires the consideration of both the context and intensity of impacts (40 CFR 1508.27).

**Context** means that the significance of an action must be analyzed in several contexts (local regional, worldwide), and over short and long time frames. For site-specific actions, significance usually depends upon the effects in the local rather than in the world as a whole.

**Intensity** refers to the severity of the expected project impacts and is defined by the 10 points below.

### Context

The decision to implement alternative 2 is consistent with similar activities that lead toward achieving the goals, objectives, and requirements identified in the Deschutes National Forest Land and Resource Management Plan and specifically for the management areas within the project area. The project is limited in scope and duration. The Deschutes National Forest is approximately 1,600,000 acres. The Cabin Butte project area totals about 25,804 acres. The selected alternative includes varying combinations of thinning and fuels reduction treatments on 24,964 acres of the project area. The project activities comprise approximately 1.6% of the Deschutes National Forest. Within this context, I find that this project is local in scope.

### Intensity

The following factors were considered to evaluate intensity.

**1) Impacts may be both beneficial and adverse. A significant effect may exist even if the Federal agency believes that on the balance the effects will be beneficial.**

Adverse and beneficial impacts have been assessed and were not found to be significant. My finding of no significant environmental effects is not biased by the beneficial effects of the action. The analysis considered not only the direct and indirect effects of the project activities, but also their contribution to cumulative effects. Past, present, and foreseeable future actions have been included in the analysis. Effects are within the range of the Deschutes Forest Plan and will not have significant impacts on resources identified and described in chapter 3 of the environmental assessment. Adverse effects from the selected alternative have been minimized or eliminated through project design criteria (see

DN/FONSI, Appendix A – Project Design Criteria). As such, I find that the selected alternative is not a significant federal action.

**2) The degree to which the proposed action affects public health or safety.**

Significant effects to public health and safety are not anticipated to result from implementation of alternative 2. Implementation incorporates appropriate safety measures as required by the Occupational Safety and Health Administration (OSHA) (EA Section 3.17 Other Findings, Human Health and Safety Section). Prescribed burning will be conducted in accordance with requirements for State and local air quality regulations including Oregon Smoke Management instructions. Smoke management will occur to ensure compliance with the Clean Air Act, and these types of projects have not been shown to produce significant health or safety effects in the past (EA Section 3.4 Fuels, Fire Behavior, and Air Quality, Environmental Consequences, Air Quality section).

**3) Unique characteristics of the geographic area such as proximity to historic or cultural resources, park lands, prime farmlands, wetlands, wild and scenic rivers, or ecologically critical areas.**

There will be no significant impacts on unique characteristics of geographic areas listed above because these areas do not exist within or adjacent to the project area (EA Sections 1.7 Identification of Issues, Analysis Issues and 3.14 Heritage Resources). Caves are located throughout the project area, known caves are buffered and protected. (EA Section 3.6, and Appendix B PDC 38, 40, 54-57)

**4) The degree to which the effects on the quality of the human environment are likely to be highly controversial.**

The nature of potential effects of forest management activities proposed in this project is well established and not likely to be highly controversial in a scientific context. I have reviewed science submitted by the public and found nothing new to significantly contradict the science utilized to develop alternatives and assess the impacts of the alternatives. While the public may perceive some aspect of the project to be controversial, there is no known scientific controversy over the impacts of the decision. I found the scientific literature that the Forest Service specialists relied upon to be the best available and most applicable science (EA Chapter 3 and Consideration of Science Submitted during Public Comment Report).

**5) The degree to which the possible effects on the human environment are highly uncertain or involve unique or unknown risks.**

The effects on the human environment from alternative 2, modified are not uncertain and do not involve unique or unknown risks. All proposed actions are standard practices that have been previously implemented with known cause and effect relationships. The Deschutes National Forest has considerable experience with the types of activities that will be implemented. The best available scientific information provided the foundation for designing alternative 2 of the Cabin Butte project. I am satisfied that the project, as designed, and the effects disclosed in the environmental assessment do not present highly uncertain or unknown risks (EA Chapter 3).

Exhibit B, Page 17

aSegment

**6) The degree to which the action may establish a precedent for future actions with significant effects or represents a decision in principle about a future consideration.**

The action will not establish a precedent for future actions with significant effects, because it conforms to all existing Forest Plan direction. Future undertakings are subject to National Environmental Policy Act procedures (EA Chapter 3).

**7) Whether the action is related to other actions with individually insignificant but cumulatively significant impacts.**

I find the effects of the selected alternative combined with the effects of past, present, and reasonably foreseeable actions will not have significant cumulative effects. Cumulative impacts are addressed, by resource, in the Cabin Butte Environmental Assessment chapter 3. My review of the Cabin Butte Environmental Assessment and supporting documents finds the cumulative effects analyses have adequately considered the time and space of effects to each respective resource and all impacts will be contained within each applicable analysis area. No significant adverse environmental impacts are likely to occur because of this decision (EA Chapter 3).

**8) The degree to which the action may adversely affect districts, sites, highways, structures, or objects listed in the National Register of Historic Places or may cause loss or destruction of significant cultural or historical resources.**

I find the action will have no significant adverse effects on districts, sites, highways, structures, or objects in or eligible for listing in the National Register of Historic Places because all known cultural properties will be avoided during implementation. If unknown cultural resources sites are discovered during implementation, all work will stop in the immediate vicinity of the site. Work will not begin again until authorized by a Forest Service archaeologist (see EA Section 3.14, 4.1 and Appendix B – Project Design Criteria; DN Appendix A).

**9) The degree to which the action may adversely affect an endangered or threatened species or its habitat that has been determined to be critical under the Endangered Species Act.**

The selected alternative complies with the 1973 Endangered Species Act for aquatic, wildlife, and plant species (EA Sections 1.7 Identification of Issues, Analysis Issues; 3.6 Wildlife Threatened, Endangered, Proposed, and Sensitive Species; and 3.9 Botany: Threatened, Endangered, and Sensitive Species). Since there is no water within or near the project area, selection of alternative 2 will not affect aquatic species (EA Section 1.7). In addition, there is no habitat or known sites are present for Federally Threatened, Endangered, Proposed, or Candidate plant species within the project area.

The wildlife analysis considered gray wolf (endangered), northern spotted owl (threatened), and Oregon spotted frog (threatened). Northern spotted owl and Oregon spotted frog are not known or suspected and do not have suitable habitat or designated critical habitat in or near the project area. The Cabin Butte project will have no effect to northern spotted owl and Oregon spotted frog or their critical habitat. The project may impact individuals or habitat but will not likely contribute to a trend towards federal listing or cause a loss of viability to the population or species for gray wolf. The project design

criteria and conservation measures for gray wolf are met for this project, and therefore it falls within the programmatic biological assessment.

**10) Whether the action threatens a violation of Federal, State, or local law or requirements imposed for the protection of the environment.**

All applicable laws and regulations were considered in the planning of this project such as Clean Air Act, Clean Water Act, National Forests Management Act, and the Endangered Species Act (EA Chapter 3).

### Conclusion

After considering the environmental effects described in the Cabin Butte EA and specialist reports, I have determined that alternative 2 will not have significant effects on the quality of the human environment considering the context and intensity of impacts (40 CFR 1508.27). Thus, an environmental impact statement will not be prepared.

## Administrative Review Process

This project was subject to a predecisional administrative review pursuant to 36 CFR 218, Subpart A and B (also known as the objection process). A draft decision notice and finding of no significant impact was distributed and a legal notice was published in the Bend Bulletin (newspaper of record) on November 18, 2022 in accordance with 36 CFR 218.7 providing a 45-day period for objections prior to making a final decision. One letter of objection was received, the individual did not meet the eligibility requirements listed in 36 CFR 218.8. No objections that met the eligibility requirements where received.

## Implementation

Implementation of this project is expected spring of 2023. However, because no objections were filed, implementation may begin immediately following the date of final decision.

## Contact and Additional Information

The Cabin Butte project record is on file at the Bend-Fort Rock Ranger District office at 63095 Deschutes Market Road, Bend, Oregon 97701. The EA and decision are also available on the Deschutes National Forest webpage at https://www.fs.usda.gov/project/?project=56998.

For further information concerning the Cabin Butte project, you may contact Alicia Bergschneider, Environmental Coordinator, on the Bend-Fort Rock Ranger District, by email at alicia.bergschneider@usda.gov or by phone at 541-383-4012.

Exhibit B, Page 19

## Responsible Official

The District Ranger of the Bend-Fort Rock Ranger District on the Deschutes National Forest is the official responsible for deciding the type and extent of management activities in the project area.


_____                    31 January 2023
                                                    _____
KEVIN W. LARKIN                                          Date

District Ranger
Bend-Fort Rock Ranger District
Deschutes National Forest

Exhibit B, Page 20

Cabin Butte Final Decision Notice and Finding of No Significant Impact
Appendix A – Project Design Criteria

## Appendix A – Project Design Criteria

Project design criteria are listed here to describe project design considerations and best management practices that will reduce or eliminate unwanted effects and ensure protect activities are implemented to comply with Forest Plan standards and guidelines.

The sources of these measures include but are not limited to: Forest Plan goals, objectives, or standards and guidelines; Project Design Criteria from the Programmatic BA; Best Management Practices; conservation strategies; invasive plant prevention practices; and previous projects where the practice has been shown to be effective.

*Soils*

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 1. | Soils | Use old landings and skidding networks whenever possible (except where current resource concerns dictate otherwise). All locations for pre-existing or new yarding and transportation systems to be used for current entry must be agreed to by the Sale Administrator prior to logging operations (includes all skid trails, landings, and temporary roads). | All harvest units. |
| 2. | Soils | Maintain spacing of 100 to 150 feet for all primary (main) skid trails, except where converging at landings, to minimize soil impacts. Closer spacing due to complex terrain must be approved in advance by the Sale Administrator. Exceptions to this spacing requirement may be made where closer spacing is recommended for restoration objectives in terraced plantations. | All harvest units. |
| 3. | Soils | Grapple skidders will be restricted to primary skid trails, landings, and approved roads at all times. Harvesting machinery will be permitted to leave primary skid trails at 30-foot intervals to cut and accumulate material, making no more than two passes over any piece of ground. Harvesting machinery should make only linear passes out and back, constraining pivots and turns to primary skid trails where feasible. | All harvest units. |
| 4. | Soils | Avoid skidding in the bottoms of draws, swales, or drainage ways. Cross perpendicular to the feature, if required. If draws, swales, or drainage ways are found in units not listed here, they will be treated the same. | All harvest units. Features are rare in this project area. |

21

Exhibit B, Page 21

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 5. | Soils | Ensure that water control structures (water bars or slash surfacing, as approved by the sale administrator) are installed and maintained on skid trails that have gradients of 10% or more; Ensure erosion control structures are stabilized and working effectively. | All harvest units. |
| 6. | Soils | Cease operations during periods of high soil moisture or if frozen ground or snow begins to thaw and damage to soil occurs. Some "watch-out" situations include machine break-through begins to occur; equipment tracks sink deeply (half the width of the track) below the soil surface with one or two passes; ruts greater than six inches deep form; mid-day temperatures are forecast to rise above freezing; surface melt occurs over still-frozen subsurface. | All proposed activity areas. |
| 7. | Soils | Operations should not occur during extremely dry conditions when excessive, irreversible soil damage (permanent changes in structure or texture, excessive displacement, and/or significant wind erosion/dust losses) begins to occur. Too-dry conditions where excessive soil damage may be occurring are indicated by one or more of the following:<br><br>• Pulverization of pumice particles and "fining" of soil texture, signaled by a finer-feeling surface soil. For instance, a coarse sandy loam texture begins to feel more like a fine sandy loam or silty texture. A "gritty" soil may begin to feel more "floury".<br>• Deep, powdery, unconsolidated soil within primary skid trail prisms.<br>• Significant amounts of airborne dust being generated from machine operations within the unit (on skid trails and landings).<br><br>Soil that exhibits no cohesion when squeezed in the palm of the hand. | All proposed activity areas. |
| 8. | Soils | Conduct regular preventive road maintenance on all haul routes to avoid deterioration of the road surface and minimize the effects of erosion and sedimentation. Required post-haul maintenance and storm-proofing/winterizing should be accomplished as soon as possible after haul has been completed on each road segment. | All haul routes. |

22

Exhibit B, Page 22

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 9. | Soils | Protect soils during prescribed burn operations –Include soil moisture guidelines and litter retention goals in burn plans to minimize the risk of intense fire and adverse impacts to soil resources from prescribed burning. | All prescribed burn units |
| 10. | Soils | Construct fireline to the minimum width and standard necessary to contain prescribed fire and meet overall objectives. Consider alternatives to ground-disturbing fireline, including wet line, rock outcrops, roads, or other features. Reclaim all machine-built fire lines by redistributing displaced topsoil and unburned woody debris over the disturbed surface. | All prescribed burn units. |
| 11. | Soils | Particularly on slopes greater than 20%, plan ignition patterns and manage fire intensity to limit intense upslope heating and avoid full litter consumption. | All prescribed burn units – slopes >20% known in units 11, 21, 64, 73, 79, 86, 100, 105, 112, 117, 126, 153, 156.1, 160, 180, 214, 239, 240, 249, 261, 263, 265, 266, 302 (slopes over 20% are of limited extent in most of these units) |
| 12. | Soils | Strive to maintain fine organic matter less than 3 inches in diameter (commonly referred to as the duff layer) over at least 65% of an activity area following both harvest and post-harvest operations. Adjust minimum amounts to reflect vegetative capabilities if the potential natural plant community on site is not capable of producing fine organic matter over 65% of the area. | All proposed activity areas. |
| 13. | Soils | Machine piling treatments to reduce fuel loadings shall be implemented to minimize soil disturbance as follows:<br>▪ Restrict grapple piling machinery to designated routes used for harvest operations where fuel loads are moderate or low. Where fuel loads are high, limit off-trail machine travel to no more than two passes on any piece of ground.<br>▪ Where feasible, turns and pivots should be constrained to primary skid trails to limit soil displacement. | All units with LFR or Site Preparation understory treatments. |

23

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| | | ▪ Operators shall plan travel paths to make full use of the machine's capability (e.g., using full boom reach of machine) to limit ground disturbance and minimize number of off-trail passes needed to achieve treatment objectives.<br><br>Where feasible, pile fuels (both hand and machine piles) on logging facilities (i.e. skid trails and landings) in order to minimize additional detrimental soil impacts from burning. | |
| 14. | Soils | Mastication or other mechanized understory treatments to reduce brush and fuel loadings shall be implemented to minimize soil disturbance as follows:<br><br>▪ When using a boom-mounted implement, operator shall plan off-trail travel paths to make full use of the machine's capability (e.g., using the full boom reach of the machine) to limit ground disturbance and minimize the number of off-trail passes needed to achieve treatment objectives.<br><br>▪ When using a machine with a front-mounted fixed masticating head, work in long, linear swaths to the extent practicable to avoid unnecessary pivoting and turning, which results in soil displacement damage.<br><br>▪ Operator should not allow masticating heads or other implements to make contact with the soil surface, which can result in detrimental churning and mixing of the soil.<br><br>▪ Machines shall make no more than two passes over any piece of ground (when not on primary skid trails or landings).<br><br>Detrimental soil impacts resulting from post-harvest understory treatments shall be isolated and infrequent (less than 5% of the unit area). Detrimental impacts include total removal of surface organics and topsoil, churning/mixing of topsoil with subsoil, rutting greater than six inches deep, and heavy compaction. | All proposed activity areas. Mastication proposed in units 1-7, 9, 11, 12, 14-31, 311, 32, 33, 33.1, 34-53, 62-80, 80.1, 81-85, 88-105, 105.1, 106, 106.1, 107-125, 125.1, 127-129, 129.1, 131, 134-145, 147-153, 156-160, 160.1, 161, 163-173, 173.1, 174, 176-178, 181-201, 201.1, 204-207, 214-216, 218-227, 229-235, 237, 244-257, 260, 266, 285, 286, 289-293, 295, 296, 299-308, 310-316. |
| 15. | Soils | For slopes greater than 30% falling within activity units:<br><br>▪ Use advanced logging systems where treatment is planned for slopes greater than 30%. Advanced logging systems may include a variety of techniques including, but not limited to, cable yarding or use of harvester-forwarder systems where adequate protection against soil compaction and displacement can be demonstrated. | All proposed activity areas (slopes over 30% in units 84, 85, 86, 112, 126, 138, 139, 145, 153, 156.1, 241, 249, 261, 268, 294) |

Exhibit B, Page 24

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| | | ▪ Small inclusions of slopes greater than 30% within ground-based harvest units will be prioritized for leave areas within units. Exceptions for areas that make up less than 10% of an activity area would be subject to Forest Service approval.<br><br>▪ Directional hand falling of trees on slopes greater than 30% that cannot be reached by shears from designated skid trails is permitted. Leading end suspension is required when cabling or skidding material.<br><br>▪ Any temporary road development on slopes greater than 30% will require Forest Engineer input and approval.<br><br>▪ Skid trails or yarding corridors on slopes greater than 30% used by the purchaser shall be reclaimed by applying appropriate erosion control measures such as the placement of slash in conjunction with, or in place of, waterbars for rehabilitation.<br><br>Prioritize slopes over 30% for fuels treatments by hand. Mastication/mowing treatments should not occur on slopes greater than 30% unless an explicit plan for soil protection and rehabilitation is established prior to treatment. | |
| 16. | Soil | Apply restoration treatments (e.g., subsoiling, surface cover placement) to primary logging facilities where needed to meet LRMP standards or reduce overall impacts. Units with prior entries and elevated existing detrimental conditions are likely to need restoration treatments to meet LRMP standards for soil productivity. | Harvest activity units with prior entries and elevated existing detrimental conditions Appendix C in the EA for a list of units by alternative requiring restoration treatments. |
| 17. | Soil | Rehabilitate all temporary roads created for the current entry in accordance with FSM 7734.1. This may include masking/obliterating entrances, subsoiling, utilizing excavator bucket teeth to loosen compacted soils, recontouring cuts and fills, hydrologically stabilizing, seeding, and/or placing fine slash or other organic materials over treated surfaces to establish effective ground cover protection where treated surfaces may occur where conditions are appropriate. | All harvest units. Temporary roads proposed to access Units 18, 19, 20, 21, 23, 43, 44, 45, 52, 62, 63, 64, 65, 66, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 80.1, 91, 92, 93, 94, 100, 103, 104, 106, 106.1, 113, 114, 117, 127, 128, 129, 138, 139, 140, 143, 144, 145, 146, 147, 148, 149, 152, 156, 157, 159, 160, 160.1, 162, 165, 166, 168, 169, 171, 173, 173.1, 174, 176, 177, 178, 180, 184, 189, 192, 193, 194, |

25

Exhibit B, Page 25

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 18. | Soils | Use some or all of the following avoidance/minimization measures to protect sensitive frost pocket soil types (mapped as SRI 6G in this project area) as feasible:<br><br>▪ Avoid placing landings in these areas to the extent practicable.<br>▪ Avoid routing temporary roads through these areas. If temporary roads are necessary, they should be decompacted with a minimum of 50% organic surface cover (e.g. fine slash) applied, where available onsite, after use.<br>▪ Prioritize for leave areas<br>▪ Minimize topsoil and organic layer displacement within units by limiting machine pivots and turns to primary skid trail and landings. | Frost pockets mapped in Units 42, 43, 44, 45, 67, 68, 88, 89, 121, 122, 123, 144, 159, 173, 174, 180, 181, 185, 190, 192, 263, 264, 265 268, 275, 300, 303, 304, 312, 314 |
| 19. | Soils | Use some or all of the following avoidance/minimization measures, as feasible, to protect cinder soil types with a high displacement risk (mapped as SRI's 80, 81, and 82 in this project area):<br><br>▪ Avoid sidehill machine travel on slopes greater than 15%. Orient skid trails parallel to the fall line where feasible.<br>▪ Repair areas where a substantial amount (100 square feet or greater) of surface soils are displaced, exposing the subsurface cinders. Displaced Mazama ash surface soil should be pulled back in and smoothed over displaced areas.<br>▪ Use slash surfacing on skid trails or harvester trails if cinder exposure is routinely occurring during harvest.<br>▪ Use slash surfacing in lieu of water bars for erosion control, as approved and directed by the Sale Administrator. | Cinder soil types mapped in Units 84, 85, 86, 112, 126, 145, 149, 153, 156.1, 159, 240, 241, 249, 250, 258, 260, 261, 292, 294, 295 |
| 20. | Soils | Where forested lavas are present, or where units have a high proportion of rocky soil types, place additional emphasis on the containment of detrimental soil impacts through careful planning and layout of the skidding network and through close Sale Administrator oversight. Further limit the extent of detrimentally impacted soils by conducting post-harvest fuels treatment by hand, or by limiting | Forested lavas mapped in units 7, 21, 22, 23, 24, 28, 29, 68, 69, 70, 78, 79, 80, 81, 97, 98, 99, 100, 101, 103, 106.1, 109, 121, 122, 123, 128, 129, 129.1, 130, 131, 134, 135, 146, 160, 160.1, 161, 163, 164, 165, |

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| | | machinery to existing primary skid trails and landings where fuels objectives can still be met. | 166, 167, 168, 169, 170, 171, 172, 173, 173.1, 174, 176, 177, 178, 205, 207, 220, 221, 222, 223, 224, 226, 227, 228, 231, 236, 237, 238, 239, 243, 244, 268, 269, 271, 272, 275, 276, 277, 278, 280, 281, 283, 289, 290, 291, 296, 301, 308, 315 |
| 21. | Soils | For Lunabess pit expansion: Within the pit expansion area, surface organics and topsoil should be removed and stockpiled onsite for use in eventual pit reclamation activities. The surface six inches of soil should be targeted for stockpiling. If deeper soil layers are to be retained, it is recommended that this material be stockpiled separately from topsoil. Topsoil should be windrowed or piled in a manner that minimizes the risk of erosion, offsite transport, or slope movement. Utilize erosion control devices/measures (geotextile, straw wattles, silt fence, etc.) if needed. Consult with the district botanist, and if appropriate, seed stockpiled topsoil for long-term stabilization and prevention of weed establishment. | Lunabess pit |
| 22. | Soils | Maintain disturbance limits that constrain all activities to the permitted area and do not result in off-site transference of soil impacts (e.g., machine traffic on adjacent areas, overland flow that deposits sediment in adjacent forest areas). | Lunabess pit |

## Silviculture

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 23. | Silviculture | Underburning<br><br>To reduce potential for direct fire-related mortality, bark-beetle induced mortality, and fire damage which could result in long-term growth loss, conduct burns in a manner that would result in retention of at least 40% live crown ratio on dominant and codominant trees, with crown scorch generally less than 30%.<br><br>Measures include: | All units with prescribed underburning. |

27

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| | | **Underburning** To maintain growth in ponderosa pine stands, underburning will maintain stands at stocked levels on at least 90% of the stand. | All units with prescribed underburning |
| 24. | Silviculture | <ul><li>Initiating burns outside the time of bud elongation (generally between mid-May to early June depending on weather conditions);</li><li>Initiating burns when weather and fuel moisture conditions are favorable for meeting fuel reduction objectives and minimizing damage to residual trees;</li><li>Utilizing lighting techniques expected to meet fuel reduction objectives while minimizing damage to residual trees.</li></ul> | |
| 25. | Silviculture | **Underburning – visual scenic quality** To preserve visual quality in scenic foreground areas activities would be designed to avoid scorching more than 1/3 of the live crown of dominant and codominant trees and minimize bole scorch up to 10 feet in height. | 1, 2, 3, 4, 5, 6, 7, 9, 11, 19, 20, 21, 23, 24, 25, 26, 27, 28, 29, 30, 158, 190, 239, 240, 245 Portions of 14, 18, 31, 149, 153, 156.1, 160, 180, 188, 189, 191, 192, 193, 243, 244, 246, 255, 256, 258, 262, 263, 265, 266, 301, 310, 300 |
| 26. | Silviculture | **Underburning – cambium or root injury** To reduce potential of cambium or root injury and possible tree mortality, as operationally feasible attempt to retain ~50% of duff wherever it exists. Measures may include: <ul><li>Initiating burns when measured duff moisture in basal accumulations is greater than 25%.</li></ul> | All units with prescribed underburning. |
| 27. | Silviculture | **Underburning – cambium or root injury in large ponderosa** In general, large ponderosa (21 inches dbh and greater) have deep accumulations of duff at their bases. Of concern are the first order fire effects of deep charring at the root collar causing delayed mortality. No more than 50% of the duff collar should be consumed during prescribed fire operations. In order to attempt to maintain the duff collar preliminary tree well burning may be needed or other measures suggested below. Measures may include: | Specific units are: 11, 15, 34, 42, 43, 44, 45, 49, 62, 63, 73, 78, 100, 107, 111, 118, 183, 184, 188, 189, 190, 191, 192, 195, 215, 216, 218, 221, 231, 232, 235, 245, 246, 247, 293, 300, 310 and any other stands discovered to have duff depths over 8 inches at bases of large trees during implementation. |

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| | | ▪ Initiating burns when measured duff moisture in basal accumulations is greater than 50%.<br>▪ Manual pull back of duff collars prior to ignition.<br>▪ Preliminary tree wells burning during high fuel moistures under winter like conditions (late fall, winter, or early spring) that would allow for low severity fire behavior. | |
| 28. | Silviculture | Locate all slash piles to minimize the bole scorch effect on adjacent trees. | All pile units. |
| 29. | Silviculture | After underburn treatments, silviculture will assess for reforestation needs if larger openings are created. | All units with prescribed underburning. |

**Invasive Plants**

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 30. | Invasive Plants | Heavy equipment associated with project activity comes into project area clean: free of mud, debris, plant parts. | Applies to all units, all activities that engage heavy equipment. |
| 31. | Invasive Plants | Any rock source material brought into project area shall be first inspected and approved by a Forest Service botanist. Alternate sources may be needed to ensure weed-free material is used. | Applies to any situation where rock source material is imported into the project. |
| 32. | Invasive Plants | Spotted knapweed and dalmatian toadflax sites shall be avoided during any project activity. | Applies to units: 009, 011, 018, 019, 025, 026, 027, 028, 029, 029.4, 032, 033, 033.1, 035, 037, 039, 042, 043, 044, 045, 046, 048, 069, 073, 078, 079, 080, 081, 082, 083, 084, 086, 088, 088.6, 089, 090, 091, 099, 111, 119, 121, 121.19, 121.27, 122, 123, 124, 131, 133, 134, 138, 143, 145, 147, 148, 149, 150, 185, 186, 187, 188, 191, 192, 195, 201, 202, 203, 211, 212, 213, 214, 215, 216, 219, 220, 221, 223, 224, 225, 226, 229, 230, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, |

29

Exhibit B, Page 29

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| | | | 246, 247, 248, 249, 250, 251, 252, 254, 255, 258, 260, 261, 262, 263, 265, 268, 274, 275, 276, 278, 279, 282, 283, 285, 286, and 293. |

## Wildlife

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 33. | Wildlife | No disturbing activities (thinning, mowing, burning, etc.) within ¼ mile from any active nest of the following species during the listed periods.<br><br>■ Northern goshawk – March 1 to August 31 (WL-3)<br>■ Cooper's hawk – April 15 to August 31 (WL-19)<br>■ Sharp-shinned hawk – April 15 to August 31 (WL-19)<br>■ Red-tailed hawk – March 1 to August 31 (WL-3)<br>■ Golden Eagle – February 1 to July 31 (WL-3)<br>■ Great gray owl – March 1 – June 30 (WL-33)<br>■ Bald Eagle – January 1 – August 31 (also ½ mile line of site restriction)<br><br>The project wildlife biologist will be contacted immediately if new, active raptor nests are discovered, or raptors are sighted exhibiting territorial behavior during layout, implementation, or post-sale activities. All activities will cease for a radius of at least 400 feet around the nest site until the nest site is evaluated by a biologist. The appropriate species seasonal restriction will be applied before activities are permitted to continue. These restrictions may be waived if a wildlife biologist determines that there was no nesting, the nest failed, or fledging has occurred. | Project Area |
| 34. | Wildlife | In the event that a northern goshawk is detected during project implementation and surveys result in a nesting status: (1) 30 acres of the most suitable nesting habitat surrounding all active and historical nest tree(s) will be deferred from harvest, and (2) A 400 acre "Post Fledging Area" (PFA) will be established around every known active nest site. While harvest activities can occur within this area, | Project Area |

30

Exhibit B, Page 30

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 35. | Wildlife | retain the LOS stands and enhance younger stands towards LOS condition, as possible.

To minimize disturbance and direct impact to nesting landbirds, which includes Neotropical Migratory Bird species and woodpeckers, limit the amount of thinning, mastication and burning to the extent feasible during the time period from April 15 to July 15. | Units: 83, 187, and 229. These units are mastication only and have Lewis' woodpecker nest boxes. Timing restrictions could be waived if surveys determine the boxes are not being used. |
| 36. | Wildlife | Within stands located within the high probability deer migration corridor and M7 - Winter Range, the following identified fuels and vegetation treatment activities are restricted from occurring December 1 thru March 31: mechanical and non-mechanical vegetation treatments, mastication, piling and pile burning, and underburning treatments. This restriction may be waived by the district wildlife biologist based on site specific conditions and/or other ways to reduce disturbance.

Dripline underburning treatments in these units (except for unit 086) are not restricted in order to meet prescription objectives. | Units: 079, 080, 080.1, 081, 082, 083, 084, 085, 086, 087, 089, 090, 091, 092, 093, 094, 095, 096, 097, 098, 099, 100, 101, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 121.1, 122, 123, 125.1, 125.2, 131, 132, 133, 134, 135, 136, 137, 139, 140, 141, 142, 143, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 173.1, 174, 175, 176, 177, 178, 179, 180, 181, 182, 183, 186, 187, 194, 195, 196, 197, 198, 199, 200, 201, 201.1, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 235, 236, 237, 240, 241, 242, 256, 257, 258, 260, 261, 262, 263, 264, 265, 266, 267, 269, 271, 275, 281, 283, 284, 289, 290, 291, 296, 299, 302

**Recommended:** All other Stands |

**Burn Activities**

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 37. | Wildlife | Burning prescriptions would be developed to minimize damage and mortality to live trees and maximize retention of dead trees. In Deer Winter Range (MA-7), burning prescriptions would be developed to best retain bitterbrush that is | Project Area |

Exhibit B, Page 31

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| | | established in open areas and void of needle litter to provide a mosaic pattern of burning. | |
| 38. | Wildlife | Protect Rock Outcrops: larger than 50 feet diameter or taller than 5 feet. No direct ignition during prescribed burn activities within the outcrops. Use preventative measures to protect the outcrop such as lining around the outcrop, use a backing fire or indirect lighting techniques, or cease lighting within 25 feet of the outcrop. Burning prescriptions will provide for the reestablishment of bitterbrush within 20 years. Approximately 2.0-2.5 percent of this Management Area could be burned annually. | Project Area |
| 39. | Wildlife | Avoid creation of and burning of slash piles within 200 feet of rock outcrops and lava flows where possible. | Project Area |
| 40. | Wildlife | Conduct prescribed fire activities during optimal conditions that prevent smoke from entering caves. Preferred months are May through November. | Units: 081, 088, 235, 263 |
| 41. | Wildlife | Protect, during harvest and fuels operations, older large slash piles created during previous treatment entries. Use preventative measures to protect the piles such as lining around the outcrop, use backing fire and indirect lighting techniques, or cease lighting within 25 feet of the pile. | Project Area. One known pile in Unit 121 within a PCT plantation. |
| 42. | Wildlife | Protect snags >10 inches in diameter and down wood >12 inches in diameter at the large end. Useful as wildlife trees for roosting and foraging except where impractical because of human safety in all units. Any snags felled as a hazard will remain on site as down wood. | Project Area |
| **Mastication Activities** | | | |

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area MST and/or Underburn (UB) units | |
|---|---|---|---|---|
| | | | Unit Number | Percentage of unit left without mastication treatments |
| 43. | Wildlife | To provide a seed source for shrub re-establishment, habitat for shrub-nesting songbirds, bat prey (moths), chipmunk and ground squirrels, and to retain mule deer forage, a portion of the unit acreage would not be treated with prescribed underburning and/or mastication units. Prescribed burning operations will leave approximately 30% of the units with unburned vegetation. Mastication treatments will leave a percentage of the unit untreated. Mastication will avoid open areas without overstory ponderosa tree cover. The untreated acreage would be distributed in a mosaic of islands of untreated shrubs, varying size from 0.5 to 6 acres. Logs and rock outcrops should be included in untreated areas (see PDCs regarding buffering these features). Where treatments occur in the same unit, retention areas may overlap. | 022 | 20% |
| | | | 081 | 40% |
| | | | 91 – Applies to only Alt 3 | 60% |
| | | | 92 - Applies to only Alt 3 | 60% |
| | | | 302 - Applies to only Alt 3 | 60% |
| | | | 099 | 20% |
| | | | 115 | 20% |
| | | | 119 | 20% |
| | | | 124 | 20% |
| | | | 134 | 50% |
| | | | 141 | 20% |
| | | | 142 | 20% |
| | | | 145 | 20% |
| | | | 164 | 40% |
| | | | 165 | 40% |
| | | | 166 | 50% |

33

Exhibit B, Page 33

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area | | |
|---|---|---|---|---|---|
| 44. | Wildlife | Mow debris and shrubs to a height of 6 to 8 inches. | 170 | 50% | |
| | | | 218 | 50% | |
| | | | 256 | 80% | |
| | | | 257 | 80% | |
| | | | 266 | 80% | |
| | | | All other MST units | 30% | |
| 45. | Wildlife | Mowing should be limited to reducing ladder fuels under tree canopies and not be done in open xeric shrublands or shrub patches in treeless openings. Retain shrubs near down logs, stumps, rocky outcrops, cliffs, and lava ecotones. | All mowing units | | |
| **Harvest Activities** | | | | | |
| 46. | Wildlife | Protect Rock Outcrops: Within treatment units, rock outcrops approximately larger than 50 feet in diameter or taller than 5 feet will be identified by flagging or GPS prior to implementation. No harvest of trees whose crown dripline over the identified rock outcrops, in order to maintain shade and micro-climate. | Excludes PCT stands. | | |
| 47. | Wildlife | Retain trees of high value to wildlife on site. Examples include snapped-out tops, trees with cavities, true fir with conks that would indicate a future hollow log, non-lodgepole trees with multiple tops, and trees with very large limbs. Any cut as a hazard will remain on site. | Project area. | | |
| 48. | Wildlife | Where units occur within connectivity corridors, thinning will be modified to retain adequate canopy cover (i.e. rather than 40 sq. feet basal area, a minimum of 50 or 60 sq. feet will be retained). LFR treatments will also be modified in corridors so that a higher density of trees under 9 inches dbh will be retained. | | | |
| **Snags and Down Wood** | | | | | |

34

Exhibit B, Page 34

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 49. | Wildlife | Retain 1 slash pile (100 sq. feet) or slash concentration (200 sq. feet) per acre in units where down woody material levels are below LRMP standards and guidelines. If piles are used, then the retention piles should have a minimum 10 feet diameter and cover 100-200 sq. feet in area (WL-73). Concentrations incorporating high tree stumps, logs, or snags are especially desirable (WL-63). Do not locate leave piles or concentrations within 50 feet of landings or within 200 feet of roads. Retained piles or concentrations should be left in areas that would not be inadvertently burned during prescribed burning activities. | All units not meeting down wood requirements. To be assessed by a wildlife biologist after harvest activities. |
| 50. | Wildlife/ Soils | Retain down wood as described in the chart below. Leave more (5-10 tons/acre on ponderosa pine sites, and 10-15 tons/acre on lodgepole pine sites) to support long-term soil productivity where doing so does not present an excessive fuel hazard. Decay class 1 and 2 logs count towards these totals and down woody material already on the ground should be retained and protected to the greatest extent possible during activities. If sufficient size classes are not present, then the largest available down logs would be substituted.<br><br>■ Piles, to be retained or burned, are to **contain only activity generated slash and not to contain gray wood or any material >8 inches large end diameter (LED)** because gray wood is existing and providing ecological benefits already, and larger material could be considered for log retention (particularly in lodgepole pine stands)<br><br>■ Down wood may be manipulated (shifted, clumped, grouped, driven over, etc.) only as necessary to meet down wood objectives. Existing down wood will not be removed, except by agreement with the Forest Service.<br><br>■ Develop prescribed burn prescriptions to minimize charring of logs (Forest Plan WL-72). Fire prescription parameters will ensure that consumption will not exceed 3 inches total (1.5 inches per side) of diameter reduction in featured logs.<br><br>The table below lists the Forest Plan standards for down wood as amended by the Eastside Screens.<br><br>**East of the Northwest Forest Plan Line (Eastside Screens)** | Entire project area. Monitored by district wildlife biologist. |

Exhibit B, Page 35

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 51. | Wildlife | Retain live trees not intended for removal but damaged during vegetation management as standing trees if they do not pose a safety risk to forest workers. If they are felled, they will remain on site and retained for down wood. If snag diameters do not meet objectives in unit, retain largest material available.<br><br>The table below includes the minimal level of snags per plant association group east of the northern spotted owl line that meets Eastside Screens.<br><br>| Project Area |

| Vegetative Series | Pieces per Acre | Diameter Small End | Piece Length | Total Lineal Length |
|---|---|---|---|---|
| PP | 3-6 | 12 inches | >6 feet | 20-40 feet |
| LP | 15-20 | 8 inches | >8 feet | 120-160 feet |

| | Ponderosa Pine | Lodgepole Pine |
|---|---|---|
| Current Direction (100% MPP based on more recent research) | 4 snags/acre (3/acre > 10 inches dbh; 1/ac >20 inches dbh) | 6 snags/acre >10 inches dbh |

**Road and Trail Closure/Decommission/Obliteration**

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 52. | Wildlife | Close and obliterate temporary roads and re-close reopened roads upon completion of management activities. This may include masking/obliterating entrances, subsoiling, utilizing excavator bucket teeth to loosen compacted soils, re-contouring cuts and fills, hydrologically stabilizing, seeding, and/or placing fine slash or other organic materials over treated surfaces to establish effective ground cover protection where available. Subsoiling of temporary roads may occur as a post-sale area improvement activity where conditions are appropriate. For additional descriptions of road closures and decommissioning, see the proposed action description. | All temporary roads |
| 53. | Wildlife | Utilize choke points during road closures where there is not an easy place to go around such as a dense stand of trees or a rock outcrop. Monitoring should occur to determine if the obliterated trails are being reused or if new user created trails | Project Area |

36

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| | | are being created in similar areas taking the place of the trails that have been obliterated. | |
| **Caves** | | | |
| 54. | Wildlife | The location of caves will be kept confidential when needed to protect major archeological sites, habitat for endangered wildlife, sensitive cave biota, and unique geological features.<br><br>To avoid impacts to known caves, equipment with a gross vehicle weight >12,000 pounds will not operate on the surface directly above cave passages unless the passage is covered by a rock/soil roof of at least 15 feet in depth. The Bend-Fort Rock cave coordinator or wildlife biologist will mark the avoidance area on the surface over caves prior to operation of equipment. | The units where the above mitigations apply are filed with the District Cave Coordinator and wildlife biologist. |
| 55. | Wildlife | If any unknown caves are encountered during implementation, avoid treatments such as mowing, cutting of trees, or lighting within 200 feet of the cave entrance. This would help protect the vegetative structure for bats and prevent potential smoke inhalation. Additionally, if bats are observed exiting a snag during prescribed burning, use preventative measures to protect the snag such as lining around the snag, back burning away from the snag, or cease lighting within 25 feet of the roost tree. | Project Area |
| 56. | Wildlife | Sage brush protection: All mapped or known sage brush plants will be protected from mowing and burning operations. Measures to protect that plant may include buffering a population of plants with wet-fire line and/or mowing around and monitoring during burn operations to ensure protection. In units 256 and 257, mowing along the forest boundary is exempted from this restriction. | In the sage grouse habitat areas.<br>Stands with mapped sage brush plants: 238, 239, 243, 255, 256, 258, and 265.<br>Stands with known sage brush plants: 257, 259, 260, 261, 263, and 264. |
| 57. | Wildlife | There are no known wolf den or rendezvous sites in or near the project area. If a den is discovered during project implementation all project activities within 1 mile of the site will stop and consult with a district wildlife biologist. The Forest Service will coordinate with ODFW and USFWS to ensure seasonal restriction and protective measures are in place. | Project area. |

37

Exhibit B, Page 37

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| | | **Travel management to minimize effects to wildlife resources** | |
| 58. | | PROPOSED TRAVEL MANAGEMENT PDCs FOR WILDLIFE RESOURCES<br><br>Existing Level 1 Roads – Whether open and in use prior to the project or reopened for project activities, Level 1 roads require adequate closures to prevent use after project activities are complete. Interior portions of roads should be stabilized and drained. At all intersections with open roads, Level 1 routes must be sufficiently blocked/treated to prevent vehicular access. Treatments should occur for sight distance or 500 feet (whichever is less). Full obliteration of sight distance/500 feet is the preferred/recommended treatment but may not be operationally/economically feasible in all cases. Roads should be reclosed as soon as possible after project activities have been completed. While in use, access by the public should be discouraged with signage or temporary barriers.<br><br>Convert to Level 1 Roads – After use for project activities, interior portions of roads should be stabilized and drained. At all intersections with open roads, convert to level 1 routes must be blocked/treated to prevent vehicular access. Treatments should occur for sight distance or 500 feet (whichever is less). Full obliteration of sight distance/500 feet is the preferred/recommended treatment but may not be operationally/economically feasible in all cases. Roads should be closed as soon as possible after project activities have been completed.<br><br>Convert to Decommission Roads – Full obliteration along the entirety of the road prism is preferred/recommended. If full obliteration is not operationally or economically feasible, convert-to-decommission roads must be sufficiently blocked/treated to prevent vehicular access at all intersections with open roads. Interior portions of roads should be stabilized and drained. Treatments should occur for sight distance or 500 feet (whichever is less). Roads should be obliterated/treated as soon as possible after project activities have been completed.<br><br>Temp Roads (includes existing decommission roads) –Full obliteration along the entirety of the road prism is preferred/recommended. If full obliteration is not operationally/economically feasible, temporary roads must be sufficiently blocked/treated to prevent vehicular access at all intersections with open roads. | Project Area |

38

Exhibit B, Page 38

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| | | Interior portions of roads should be stabilized and drained. Treatments should occur for sight distance or 500 feet (whichever is less). Roads should be obliterated/treated as soon as possible after project activities have been completed. While in use, access by the public should be discouraged with signage or temporary barriers.<br><br>Use of Non System Roads – Non system roads used for project implementation should be treated as temp roads.<br><br>Implementation Plans - Routes to be closed/obliterated but needed for timber/fuels access should be identified as associated with a treatment unit in implementation plans and burn plans to ensure outyear follow-up. Needed road closures and decommissioning should also be tracked in KV plans (where applicable) and in subsoiling tracking spreadsheets to ensure best and most efficient use of resources, equipment, and time.<br><br>Timing – Route closures and obliterations should be completed as soon as possible after project activities are done – ideally prior to or concurrent with implementation of timber/fuels activities. If implementation occurs over a long period of time (more than 3 years) public use on routes that are not level 2 roads or above should be discouraged with signage or temporary barriers.<br><br>Road Gates/Barriers – Retain forest structure (standing live or dead trees, downed wood, root wads, rocks, high stumps, etc.) directly adjacent to road gates/barriers to ensure they are effective at preventing road access post-project implementation.<br><br>TREATMENT DEFINITIONS:<br><br>Full Obliteration of Travelway: Activities will include subsoiling for decompaction and surface cover. Barrier construction may also be needed to ensure effectiveness. Routes that have been fully obliterated should not be passable by any 4WD passenger vehicle or ATV and should be discouraging to dirt bike and mountain bike use.<br><br>Subsoiling for Decompaction: Subsoiling will occur to a minimum depth of 18 inches (maximum 24 inches), except where the Forest Service agrees to lesser depths. Soil shall be decompacted to the full depth, while preventing mixing or plowing. Surface disturbance of organics and vegetation, where present, will be minimized. Once | |

39

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| | | treated, the decompacted soil is slightly lifted and well-fractured rather than plowed, mixed, or displaced. Treated areas shall span the entire length of the road and the total width of the compacted ground surface. Subsurface rocks should not be pulled to the surface and large supportive roots should also not be severed. Ground that cannot be effectively treated due to subsurface rock should be scarified to the extent possible – typically with the surface roughened and broken to a depth of 4-6 inches. The distance between subsoiler shank passes shall typically not exceed 24 inches. Subsoiling should not occur when the ground is frozen. Subsoiling should not occur when roads are wet - there should not be standing water on the road surface and free water should be completely drained from the soil profile. Surface Cover: Available roadside material (such as downed wood, slash and root wads) shall be placed on the treated areas in conjunction with subsoiling to achieve a target effective ground cover of at least 50% by area. Where adequate material is not available to achieve 50% cover, at least one piece of roadside material per 20 linear feet of travelway distance is expected. The roadside material may include standing green trees under 7 inches DBH within 25 feet of the road's edge to achieve the desired surface coverage should other identified material not be available. Subsoiling and material placement shall be completed in one pass or in a way that would prevent compacting or displacing the treated area. Small avoidance areas may be flagged on the ground where all soil disturbance will not be allowed, placement of surface cover may still be required within avoidance areas. Barrier Construction: Some routes may require barrier construction at some/all intersections with open roads to ensure effectiveness. Barriers may extend beyond the road width if open conditions provide access around a road-width barrier. Barriers may be constructed from onsite boulders or other natural materials, placed a maximum of 2 feet apart and partially buried and backfilled (minimum quarter depth) to discourage easy removal. To mimic a natural appearance, barriers will not be constructed in an even, symmetrical pattern. Barriers may be placed in a scattered pattern down the entry portion of a closed route (within approx. 100 feet) and may be supported with additional deep mixing of soil and additional | |

40

Exhibit B, Page 40

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 59. | Recreation | surface cover placement beyond the limitations for the subsoiling/surface placement treatments. | |

## Recreation

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 59. | Recreation | Sign the areas around developed sites as well as summer and winter trails well ahead of logging. Trails and developed sites may be closed during logging. | Units 084, 186, 187, 238, 239, 241, 263, 275 |
| 60. | Recreation | Place warning signs on roads and trails accessing active working areas when necessary to protect public safety. | Units that overlap with trails: 084, 085, 086, 143, 144, 145, 154, 155, 156.1, 158, 160, 173, 173.1, 174, 175, 176, 179, 180, 186, 187, 188, 190, 192, 193, 213, 230, 239, 240, 243, 244, 245, 255, 256, 258, 262, 263, 265, 266, 268, 269, 270, 271, 273, 274, 278, 281, 282, 283, 284, 299, 300, 301. |
| 61. | Recreation | To the extent possible, retain key trail defining trees, rocks and other anchors (see: standards for identifying trail defining trees). These features are considered a part of the trail infrastructure and should be protected. | Units that overlap with trails: 084, 085, 086, 143, 144, 145, 154, 155, 156.1, 158, 160, 173, 173.1, 174, 175, 176, 179, 180, 186, 187, 188, 190, 192, 193, 213, 230, 239, 240, 243, 244, 245, 255, 256, 258, 262, 263, 265, 266, 268, 269, 270, 271, 273, 274, 278, 281, 282, 283, 284, 299, 300, 301. |
| 62. | Recreation | To the extent possible, retain trees that hold signs. | Units that overlap with trails: 084, 085, 086, 143, 144, 145, 154, 155, 156.1, 158, 160, 173, 173.1, 174, 175, 176, 179, 180, 186, 187, 188, 190, 192, 193, 213, 230, 239, 240, 243, 244, 245, 255, 256, 258, 262, 263, 265, 266, 268, 269, 270, 271, |

41

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 63. | Recreation | Minimize trail damage by machinery. Mow across trails and minimize turning on the trail. For other equipment, to the extent possible, cross trails at intervals no closer than 200 feet apart along the length of the trail. Inspect for trail damage and safety concerns like 'punji sticks' after treatment. | 273, 274, 278, 281, 282, 283, 284, 299, 300, 301. |
| 64. | Recreation | Inspect the trail corridor after mowing operation and remove potential hazards left from the operation. Cut all material less than 4 inches as flush to the ground as is practical within 10 feet on either side of the trail. | Units that overlap with trails: 084, 085, 086, 143, 144, 145, 154, 155, 156.1, 158, 160, 173, 173.1, 174, 175, 176, 179, 180, 186, 187, 188, 190, 192, 193, 213, 230, 239, 240, 243, 244, 245, 255, 256, 258, 262, 263, 265, 266, 268, 269, 270, 271, 273, 274, 278, 281, 282, 283, 284, 299, 300, 301. |
| 65. | Recreation | If the proposed paved path project is approved, ensure any equipment crossings do not adversely impact asphalt surface. | 023, 024, 026, 027, 028 |
| 66. | Recreation | Trails may be temporarily closed to protect public safety. Consider options to limit the effect of trail closures. This may include planning operations to retain access to recreation opportunities, developing proper public notification, planning for reroutes for grooming equipment, etc. Spring, Winter and Fall is the primary use season for trails in this area. | Units that overlap with trails: 084, 085, 086, 143, 144, 145, 154, 155, 156.1, 158, 160, 173, 173.1, 174, 175, 176, 179, 180, 186, 187, 188, 190, 192, 193, 213, 230, 239, 240, 243, 244, 245, 255, 256, 258, 262, 263, 265, 266, 268, 269, 270, 271, 273, 274, 278, 281, 282, 283, 284, 299, 300, 301. |
| 67. | Recreation | Maintain well-sited dispersed recreation camps and associated features like fire rings, unless there are resource, public safety or other priority concerns. | All units. |

Exhibit B, Page 42

Cabin Butte Final Decision Notice and Finding of No Significant Impact

## Scenic Resources

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 68. | Scenery | Locate landings, skid trails, slash piles or staging areas using existing openings and skid trails and minimize bole damage to remaining vegetation along scenic travel corridors (Highway 97). Flush cut stumps (6 inches or less with angle cut away from line of sight in immediate Foreground areas (0-300 feet). | Scenic Views Retention Foreground. Units: 1, 2, 3, 4, 5, 6, 7, 9, 11, 14, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 143, 144, 145, 154, 155, 156.1, 158, 159, 173, 173.1, 174, 175, 179, 180, 181, 187, 188, 189, 190, 191, 192, 193, 238, 239, 240, 241, 242, 244, 245, 246, 299, 300, 301, 310 |
| 69. | Scenery | To meet scenery objective along trails 61, 62, and 63, pile and burn residual slash so that the burn residue will not be visible from the trails. Minimize visibility of live tree scorching from burning operations by locating piles at as far away as possible from trails and recreation sites. | Units 143, 144, 145, 154, 155, 156.1, 158, 159, 173, 173.1, 174, 175, 179, 180, 181, 187, 188, 189, 190, 191, 192, 193, 213, 238, 239, 240, 241, 242, 243, 244, 245, 246, 255, 256, 258, 262, 263, 264, 265, 266, 268, 269, 270, 275, 277, 278, 281, 282, 283, 284, 299, 300, 301 |
| 70. | Scenery | If leave tree painting is used, only paint where it is not visible from trails 61, 62, & 63, or Highway 97. Remove all ribbons and other markers following post treatment and completion of the project. | Units 23, 26, 27, 28, 29, 143, 144, 145, 154, 155, 156.1, 158, 159, 173, 173.1, 174, 175, 179, 180, 181, 187, 188, 189, 190, 191, 192, 193, 213, 238, 239, 240, 241, 242, 243, 244, 245, 246, 255, 256, 258, 262, 263, 264, 265, 266, 268, 269, 270, 275, 277, 278, 281, 282, 283, 284, 299, 300, 301 |
| 71. | Scenery | Slash treatments shall be completed within required time frames: Retention areas (Hwy 97 and Trail 61): within 3 years post treatment for all non-prescribed burning treatments. Partial retention areas (Trail 62 and 63): within 5 years post treatment for slash treatments. | Units within 3 years:  1, 2, 3, 4, 5, 6, 7, 9, 11, 14, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 143, 144, 145, 154, 155, 156.1, 158, 159, 173, 173.1, 174, 175, 179, 180, 181, 187, 188, 189, 190, 191, 192, |

43

Exhibit B, Page 43

Cabin Butte Final Decision Notice and Finding of No Significant Impact

## Special Uses

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| | | In both partial retention and retention areas, visual effects of prescribe fire will not be obvious to the casual forest visitor five years following burning. | 193, 238, 239, 240, 241, 242, 244, 245, 246, 299, 300, 301, 310 Units within 5 years: 213, 243, 255, 256, 258, 262, 263, 264, 265, 266, 268, 269, 270, 275, 277, 278, 281, 282, 283, 284 |
| 72. | Special Uses | Coordinate with USFS special use administrator regarding (1) the timing of sale marking along utility hazards and hazard trees to be considered for timber sale inclusion; (2) timing of pre-work meetings to ensure utility safety measures are address during implementation and (3) prescribed burning operations near powerlines. | Units 076, 079, 080, 080.1, 093, 094, 095, 096, 100, 101, 103, 104, 108, 109, 110, 113, 220, 221, 222, 223, 224, 225, 235, 296, 307, 316 |

## Cultural Resources

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 73. | Cultural Resources | Avoidance of cultural resources determined eligible or unevaluated for the National Register of Historic Places. Prescribed fire is allowed to burn across the site as long as no ground disturbing actions, such as, creation of fireline or off-road vehicle use, occurs within the site. | 06010300602, 06010300831, 06010300832, 06010300833, 06010300844, 06010300845 |
| 74. | Cultural Resources | Avoidance of cultural resources determined eligible or unevaluated for the National Register of Historic Places. Prescribed fire is prohibited. | 06010300340, 06010300847, 06010301715, 06010301720, 06010301725, 06010301726, 06010301752 06010301753, 06010301754 |

44

Exhibit B, Page 44

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 75. | Cultural Resources | Vegetation management may be accomplished using hand tools provided felled materials are not skidded or piled using mechanized equipment. | 06010301291, 06010301292, 06010301638, 06010301711, 06010301712, 06010301713, 06010301714, 06010301717, 06010301718, 06010301721, 06010301816 |
| 76. | Cultural Resources | Use of existing Forest Service system roads that cross through specified archaeological sites is permitted provided no disturbance occurs outside the width of the roadbed as it existed at the time of site recording. No widening of the road is allowed. No maintenance activities that cause disturbance of sediment outside the existing width of the roadbed, such as the creation of ditches or other drainage features, are permitted within the site boundary. | 06010300602, 06010300844, 06010300847 |
| 77. | Cultural Resources | If previously unidentified cultural resources are encountered during project activities, the findings must not be disturbed. Work in the vicinity of the discovery must cease and a Forest Service archaeologist immediately notified. Work may not begin in the immediate area until the cultural resource is cleared by the Forest Service archaeologist. | All Units |

## Additional PDCs Between Draft and Final EA

| Measure Number | Resource Area | Design Criteria | Applicable Area |
|---|---|---|---|
| 78. | Recreation | Do not use Swamp Wells Trail or Arnold Ice Cave Trail as roads for implementation of proposed actions. | Units 230, 244, 245, 268, 269, 271, 275 |
| 79. | Recreation | If the proposed paved path project is approved, ensure any equipment crossings do not adversely impact asphalt surface. | Units 023, 024, 026, 027, 028 |

45

Exhibit B, Page 45

# Appendix B – Maps of Actions in the Project Area




**Figure 3. Alternative 2 Cabin Butte proposed overstory and understory treatments**

Cabin Butte Final Decision Notice and Finding of No Significant Impact

47



**Figure 4. Alternative 2 fuel treatments**

## Appendix C – Alternative 2 Units

Acronym definitions:

LFR – ladder fuel reduction          MST – mow or masticate

PCT – precommercial thin             UB – underburn

| Alternative 2 | | | | | |
|---|---|---|---|---|---|
| Unit | Overstory | Understory | Fuels | Underburn | Acres |
| 001 | | LFR | MST | UB | 5.2 |
| 002 | | LFR | MST | UB | 4.1 |
| 003 | | | MST | UB | 20.8 |
| 004 | | | MST | UB | 8.0 |
| 005 | | | MST | UB | 4.2 |
| 006 | | | MST | UB | 59.4 |
| 007 | | | MST | UB | 73.5 |
| 009 | | | MST | UB | 66.1 |
| 011 | | | MST | UB | 102.6 |
| 012 | | | MST | | 3.3 |
| 014 | | | MST | UB | 30.5 |
| 015 | Commercial Thin | | MST | UB | 79.9 |
| 016 | Commercial Thin | LFR | MST | UB | 58.3 |
| 017 | | | MST | UB | 21.2 |
| 018 | Commercial Thin | LFR | MST | UB | 54.1 |
| 019 | Thinning of Clumps | LFR | MST | UB | 35.7 |
| 020 | | | MST | UB | 46.1 |
| 021 | | | MST | UB | 80.4 |
| 022 | | PCT | MST | | 5.7 |
| 023 | Commercial Thin | | MST | UB | 98.6 |
| 024 | | | MST | UB | 5.6 |
| 025 | Commercial Thin | LFR | MST | UB | 39.8 |
| 026 | | | MST | UB | 23.0 |
| 027 | | LFR | MST | UB | 1.9 |
| 028 | | | MST | UB | 36.5 |
| 029 | Commercial Thin | | MST | UB | 98.4 |
| 030 | Commercial Thin | LFR | MST | UB | 25.3 |
| 031 | | Skid & Deck | MST | UB | 22.3 |
| 031.1 | | | MST | UB | 6.2 |
| 032 | Commercial Thin | | MST | UB | 37.1 |
| 033 | Commercial Thin | LFR | MST | UB | 27.4 |
| 033.1 | Commercial Thin | PCT | MST | UB | 24.3 |

| Alternative 2 | | | | | |
|---|---|---|---|---|---|
| Unit | Overstory | Understory | Fuels | Underburn | Acres |
| 034 | | LFR | MST | UB | 111.2 |
| 035 | Commercial Thin | LFR | MST | UB | 57.7 |
| 036 | Commercial Thin | | MST | UB | 38.2 |
| 037 | Commercial Thin | | MST | UB | 30.1 |
| 038 | | | MST | UB | 18.6 |
| 039 | | LFR | MST | UB | 79.0 |
| 040 | Commercial Thin | LFR | MST | UB | 34.5 |
| 041 | Commercial Thin | LFR | MST | UB | 23.2 |
| 042 | Commercial Thin | LFR | MST | UB | 128.9 |
| 043 | Thinning of Clumps | LFR | MST | UB | 265.5 |
| 044 | Commercial Thin | LFR | MST | UB | 55.0 |
| 045 | Thinning of Clumps | LFR | MST | UB | 187.7 |
| 046 | | | MST | UB | 114.0 |
| 047 | Commercial Thin | LFR | MST | UB | 23.4 |
| 048 | | PCT | MST | UB | 208.3 |
| 049 | Commercial Thin | LFR | MST | UB | 6.0 |
| 050 | Thinning of Clumps | LFR | MST | UB | 34.2 |
| 051 | Commercial Thin | | MST | UB | 17.5 |
| 052 | Commercial Thin | | MST | UB | 67.9 |
| 053 | Commercial Thin | | MST | UB | 47.2 |
| 062 | Commercial Thin | LFR | MST | UB | 81.7 |
| 063 | | LFR | MST | UB | 55.1 |
| 064 | Commercial Thin | LFR | MST | UB | 98.9 |
| 065 | Commercial Thin | LFR | MST | UB | 94.2 |
| 066 | Commercial Thin | LFR | MST | UB | 47.9 |
| 067 | Commercial Thin | LFR | MST | UB | 15.6 |
| 068 | Thinning of Clumps | LFR | MST | UB | 33.8 |
| 069 | Commercial Thin | LFR | MST | UB | 351.2 |
| 070 | Commercial Thin | | MST | UB | 71.0 |
| 071 | Commercial Thin | | MST | UB | 36.4 |
| 072 | Commercial Thin | | MST | UB | 54.9 |
| 073 | Commercial Thin | LFR | MST | UB | 154.0 |
| 074 | Commercial Thin | LFR | MST | UB | 61.2 |
| 075 | Commercial Thin | LFR | MST | UB | 26.8 |
| 076 | Thinning of Clumps | LFR | MST | UB | 41.2 |
| 077 | Commercial Thin | LFR | MST | UB | 106.2 |
| 078 | Thinning of Clumps | LFR | MST | UB | 195.6 |
| 079 | Special Harvest | PCT | MST | UB | 67.8 |
| 080 | Special Harvest | PCT | MST | | 128.3 |

Exhibit B, Page 49

Cabin Butte Final Decision Notice and Finding of No Significant Impact

**Alternative 2**

| Unit | Overstory | Understory | Fuels | Underburn | Acres |
|------|-----------|-----------|-------|-----------|-------|
| 080.1 | Special Harvest | PCT | MST | UB | 20.6 |
| 081 | | PCT | MST | | 187.4 |
| 082 | Thinning of Clumps | | MST | | 12.7 |
| 083 | | PCT | MST | | 26.5 |
| 084 | | PCT | MST | | 83.9 |
| 085 | | PCT | MST | | 32.8 |
| 086 | | | | UB, dripline | 93.7 |
| 088 | | PCT | MST | | 370.9 |
| 089 | | | MST | | 72.1 |
| 090 | | PCT | MST | | 130.2 |
| 091 | Commercial Thin | LFR | MST | UB | 177.2 |
| 092 | Commercial Thin | LFR | MST | UB | 70.3 |
| 093 | Thinning of Clumps | LFR | MST | UB | 46.8 |
| 094 | Commercial Thin | LFR | MST | UB | 72.5 |
| 095 | Commercial Thin | | MST | UB | 69.2 |
| 096 | Commercial Thin | LFR | MST | UB | 49.9 |
| 097 | | PCT | MST | | 54.7 |
| 098 | Commercial Thin | LFR | MST | | 39.1 |
| 099 | | PCT | MST | | 93.4 |
| 100 | Commercial Thin | LFR | MST | UB | 136.0 |
| 101 | Commercial Thin | LFR | MST | UB | 39.0 |
| 102 | Commercial Thin | LFR | MST | UB | 58.5 |
| 103 | Commercial Thin | LFR | MST | UB | 291.1 |
| 104 | Commercial Thin | LFR | MST | UB | 50.1 |
| 105 | Commercial Thin | LFR | MST | UB | 28.2 |
| 105.1 | Commercial Thin | | MST | UB | 41.3 |
| 106 | Commercial Thin | LFR | MST | UB | 20.7 |
| 106.1 | Commercial Thin | LFR | MST | UB | 21.7 |
| 107 | Commercial Thin | LFR | MST | UB | 6.2 |
| 108 | Commercial Thin | LFR | MST | UB | 53.7 |
| 109 | Commercial Thin | LFR | MST | UB | 35.9 |
| 110 | Commercial Thin | LFR | MST | UB | 47.2 |
| 111 | Commercial Thin | LFR | MST | UB | 74.9 |
| 112 | Commercial Thin | LFR | MST | UB | 40.5 |
| 113 | Commercial Thin | | MST | | 170.2 |
| 114 | Commercial Thin | LFR | MST | | 36.2 |
| 115 | | PCT | MST | | 25.6 |
| 116 | Commercial Thin | LFR | MST | | 18.2 |
| 117 | Commercial Thin | LFR | MST | UB | 97.4 |

Exhibit B, Page 50

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Alternative 2 | | | | | |
|---|---|---|---|---|---|
| Unit | Overstory | Understory | Fuels | Underburn | Acres |
| 118 | Commercial Thin | LFR | MST | UB | 60.9 |
| 119 | | PCT | MST | | 25.3 |
| 120 | Commercial Thin | LFR | MST | | 27.1 |
| 121 | | PCT | MST | | 1071.3 |
| 122 | Commercial Thin | | MST | | 35.2 |
| 123 | | | MST | | 27.7 |
| 124 | | PCT | MST | | 33.2 |
| 125 | Commercial Thin | | MST | UB, dripline | 54.9 |
| 125.1 | Commercial Thin | | MST | | 3.3 |
| 126 | Ponderosa Restoration, Slopes | | | UB, dripline | 169.9 |
| 127 | Ponderosa Restoration | LFR | MST | UB | 23.9 |
| 128 | Ponderosa Restoration | LFR | MST | UB | 33.4 |
| 129 | Commercial Thin | LFR | MST | UB | 107.2 |
| 129.1 | Commercial Thin | LFR | MST | | 110.3 |
| 130 | | LFR, by hand | | | 19.8 |
| 131 | Commercial Thin | | MST | UB | 100.4 |
| 134 | | PCT | MST | | 93.5 |
| 135 | Commercial Thin | | MST | | 14.9 |
| 136 | | Skid & Deck | MST | | 28.6 |
| 137 | Commercial Thin | LFR | MST | UB | 158.8 |
| 138 | Commercial Thin | | MST | | 43.5 |
| 139 | Commercial Thin | LFR | MST | | 76.2 |
| 140 | Commercial Thin | | MST | | 41.7 |
| 141 | | PCT | MST | | 3.6 |
| 142 | | PCT | MST | | 3.3 |
| 143 | Commercial Thin | LFR | MST | | 96.0 |
| 144 | Commercial Thin | LFR | MST | | 35.7 |
| 145 | | Skid & Deck | MST | | 121.0 |
| 146 | Ponderosa Restoration, Slopes | | | | 14.0 |
| 147 | Commercial Thin | LFR | MST | UB | 40.2 |
| 148 | Commercial Thin | LFR | MST | UB | 10.9 |
| 149 | Commercial Thin | | MST | UB | 19.8 |
| 150 | Special Harvest | PCT | MST | | 23.5 |
| 151 | Ponderosa Restoration | LFR | MST | UB | 9.0 |
| 152 | Ponderosa Restoration | LFR | MST | UB | 13.9 |
| 153 | Commercial Thin | LFR | MST | UB, dripline | 26.2 |
| 156 | Ponderosa Restoration | LFR | MST | UB | 12.4 |

Test

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Alternative 2 | | | | | |
|---|---|---|---|---|---|
| Unit | Overstory | Understory | Fuels | Underburn | Acres |
| 156.1 | Ponderosa Restoration, Slopes | LFR, by hand | | UB, dripline | 88.6 |
| 157 | Lodgepole Overstory Removal | LFR | MST | UB | 132.6 |
| 158 | Ponderosa Restoration | LFR | MST | UB | 11.0 |
| 159 | Commercial Thin | LFR | MST | | 24.4 |
| 160 | Commercial Thin | LFR | MST | UB | 238.6 |
| 160.1 | Commercial Thin | | MST | UB | 140.6 |
| 161 | Commercial Thin | LFR | MST | UB | 26.2 |
| 163 | | PCT | MST | | 7.5 |
| 164 | | PCT | MST | | 7.5 |
| 165 | | PCT | MST | | 54.3 |
| 166 | | PCT | MST | | 38.1 |
| 167 | Commercial Thin | PCT | MST | | 12.9 |
| 168 | Commercial Thin | LFR | MST | | 108.5 |
| 169 | Commercial Thin | LFR | MST | | 23.7 |
| 170 | | PCT | MST | | 115.1 |
| 171 | Commercial Thin | LFR | MST | UB | 20.8 |
| 172 | | PCT | MST | | 51.6 |
| 173 | Commercial Thin | LFR | MST | | 71.2 |
| 173.1 | Commercial Thin | LFR | MST | | 53.3 |
| 174 | Commercial Thin | LFR | MST | | 59.1 |
| 176 | Commercial Thin | LFR | MST | | 289.5 |
| 177 | Commercial Thin | | MST | | 29.5 |
| 178 | Commercial Thin | LFR | MST | | 88.8 |
| 180 | Commercial Thin | LFR | | UB | 388.3 |
| 181 | Commercial Thin | LFR | MST | | 177.4 |
| 182 | Commercial Thin | LFR | MST | UB | 182.8 |
| 183 | Commercial Thin | LFR | MST | UB | 59.0 |
| 184 | Commercial Thin | LFR | MST | UB | 162.6 |
| 185 | | PCT | MST | | 73.2 |
| 186 | | PCT | MST | | 82.9 |
| 187 | | PCT | MST | | 44.6 |
| 188 | Commercial Thin | LFR | MST | UB | 105.1 |
| 189 | Thinning of Clumps | LFR | MST | UB | 30.4 |
| 190 | Thinning of Clumps | LFR | MST | UB | 18.6 |
| 191 | Thinning of Clumps | LFR | MST | UB | 35.9 |
| 192 | Commercial Thin | LFR | MST | UB | 169.7 |
| 193 | Commercial Thin | LFR | MST | UB | 178.0 |

Exhibit B, Page 52

Cabin Butte Final Decision Notice and Finding of No Significant Impact

| Alternative 2 | | | | | |
|---|---|---|---|---|---|
| Unit | Overstory | Understory | Fuels | Underburn | Acres |
| 194 | Commercial Thin | LFR | MST | UB | 98.7 |
| 195 | Thinning of Clumps | LFR | MST | UB | 42.6 |
| 196 | | PCT | MST | | 65.2 |
| 197 | Commercial Thin | | MST | UB | 40.9 |
| 198 | Commercial Thin | LFR | MST | UB | 12.9 |
| 199 | | PCT | MST | | 83.8 |
| 200 | | PCT | MST | | 30.6 |
| 201 | | PCT | MST | | 91.1 |
| 201.1 | | PCT | MST | | 0.4 |
| 202 | | PCT | | | 65.2 |
| 203 | | PCT | | | 125.3 |
| 204 | | PCT | MST | | 36.8 |
| 205 | | PCT | MST | | 69.8 |
| 206 | | PCT | MST | | 3.3 |
| 207 | | PCT | MST | | 93.6 |
| 208 | Juniper Reduction | | | | 23.3 |
| 209 | Woodland Thin, Nonmechanical | | | | 122.0 |
| 210 | | PCT | | | 24.6 |
| 211 | | PCT | | | 49.6 |
| 212 | Juniper Reduction | | | | 21.0 |
| 213 | Juniper Reduction | | | | 120.7 |
| 214 | Thinning of Clumps | LFR | MST | UB | 230.4 |
| 215 | Thinning of Clumps | LFR | MST | UB | 135.1 |
| 216 | Thinning of Clumps | LFR | MST | UB | 72.9 |
| 218 | Commercial Thin | LFR | MST | UB | 20.6 |
| 219 | Thinning of Clumps | LFR | MST | UB | 12.0 |
| 220 | Woodland Thin, Mechanical | LFR | MST | UB | 279.7 |
| 221 | Commercial Thin | LFR | MST | UB | 202.0 |
| 222 | Thinning of Clumps | LFR | MST | UB | 17.3 |
| 223 | | PCT | MST | | 53.6 |
| 224 | Woodland Thin, Mechanical | LFR | MST | UB | 109.2 |
| 225 | Woodland Thin, Mechanical | LFR | MST | UB | 101.6 |
| 226 | | PCT | MST | UB | 139.4 |
| 227 | Commercial Thin | PCT | MST | UB | 42.5 |

Exhibit B, Page 53

| Alternative 2 | | | | | |
|------|-----------|-----------|------|-----------|-------|
| Unit | Overstory | Understory | Fuels | Underburn | Acres |
| 228 | Site Preparation and Reforestation | | | | 46.4 |
| 229 | | PCT | MST | | 32.1 |
| 230 | Thinning of Clumps | LFR | MST | UB | 164.9 |
| 231 | Commercial Thin | LFR | MST | UB | 108.7 |
| 232 | Commercial Thin | PCT | MST | UB | 48.2 |
| 233 | Commercial Thin | | MST | UB | 25.7 |
| 234 | Commercial Thin | | MST | UB | 57.1 |
| 235 | Woodland Thin, Mechanical | LFR | MST | UB | 183.5 |
| 236 | Woodland Thin, Mechanical | LFR | | UB | 229.9 |
| 237 | Woodland Thin, Mechanical | LFR | MST | UB | 48.7 |
| 238 | Woodland Thin, Mechanical | LFR | | | 29.0 |
| 239 | Woodland Thin, Mechanical | LFR | | UB, dripline | 75.7 |
| 240 | Woodland Thin, Mechanical | LFR | | UB, dripline | 29.2 |
| 241 | Juniper Reduction | | | | 31.6 |
| 243 | Thinning of Clumps | LFR | | UB, dripline | 112.3 |
| 244 | Commercial Thin | LFR | MST | UB | 338.2 |
| 245 | Thinning of Clumps | LFR | MST | UB | 152.7 |
| 246 | Thinning of Clumps | LFR | MST | UB | 33.3 |
| 247 | Thinning of Clumps | LFR | MST | UB | 59.9 |
| 248 | Thinning of Clumps | LFR | MST | UB | 128.4 |
| 249 | | | MST | UB, dripline | 45.1 |
| 250 | Commercial Thin | LFR | MST | UB | 15.8 |
| 251 | Thinning of Clumps | LFR | MST | UB | 123.6 |
| 252 | Thinning of Clumps | LFR | MST | UB | 51.9 |
| 253 | Thinning of Clumps | LFR | MST | UB | 42.3 |
| 254 | Thinning of Clumps | LFR | MST | UB | 174.6 |
| 255 | Thinning of Clumps | LFR | MST | UB | 64.6 |
| 256 | Woodland Thin, Nonmechanical | | MST | UB, dripline | 140.2 |
| 257 | Woodland Thin, Nonmechanical | | MST | UB, dripline | 25.8 |
| 258 | Juniper Reduction | | | UB, dripline | 429.6 |

Exhibit B, Page 54

Cabin Butte Final Decision Notice and Finding of No Significant Impact

**Alternative 2**

| Unit | Overstory | Understory | Fuels | Underburn | Acres |
|------|-----------|-----------|-------|-----------|-------|
| 259 | Juniper Reduction | | | UB, dripline | 50.7 |
| 260 | Juniper Reduction | | MST | UB, dripline | 48.6 |
| 261 | Juniper Reduction | | | UB, dripline | 74.4 |
| 262 | Juniper Reduction | | | UB, dripline | 216.6 |
| 263 | Juniper Reduction | | | UB, dripline | 354.1 |
| 264 | Juniper Reduction | | | UB, dripline | 73.9 |
| 265 | Juniper Reduction | | | UB, dripline | 407.1 |
| 266 | Juniper Reduction | | MST | UB, dripline | 117.2 |
| 268 | Juniper Reduction | | | | 50.3 |
| 269 | Juniper Reduction | | | | 173.8 |
| 271 | Juniper Reduction | | | | 399.6 |
| 272 | Juniper Reduction | | | | 50.5 |
| 275 | Juniper Reduction | | | | 456.1 |
| 276 | Woodland Thin, Nonmechanical | | | | 118.1 |
| 277 | Woodland Thin, Nonmechanical | | | | 114.6 |
| 278 | Woodland Thin, Nonmechanical | | | | 160.8 |
| 280 | Woodland Thin, Nonmechanical | | | | 167.4 |
| 281 | Juniper Reduction | | | | 370.2 |
| 282 | Juniper Reduction | | | | 121.8 |
| 283 | Juniper Reduction | | | | 613.9 |
| 284 | Juniper Reduction | | | | 306.9 |
| 285 | Special Harvest | LFR | MST | | 10.9 |
| 286 | Thinning of Clumps | LFR | MST | | 21.5 |
| 287 | Thinning of Clumps | LFR | | | 18.7 |
| 288 | Thinning of Clumps | LFR | | UB | 34.9 |
| 289 | | LFR | MST | | 9.7 |
| 290 | | LFR | MST | | 9.1 |
| 291 | Commercial Thin | LFR | MST | | 44.0 |
| 292 | Commercial Thin | LFR | MST | UB | 16.0 |
| 293 | Thinning of Clumps | LFR | MST | UB | 21.5 |
| 294 | | LFR, by hand | | | 10.0 |
| 295 | | LFR | MST | | 5.7 |
| 296 | Commercial Thin | LFR | MST | UB | 98.3 |
| 299 | | PCT | MST | | 4.7 |
| 300 | Thinning of Clumps | LFR | MST | UB | 172.8 |

Exhibit B, Page 55

| Alternative 2 | | | | | |
|---|---|---|---|---|---|
| Unit | Overstory | Understory | Fuels | Underburn | Acres |
| 301 | Ponderosa Restoration | LFR | MST | UB | 237.7 |
| 302 | Commercial Thin | LFR | MST | UB | 64.4 |
| 303 | | LFR | MST | UB | 15.3 |
| 304 | | LFR | MST | UB | 13.6 |
| 305 | Commercial Thin | LFR | MST | UB | 28.0 |
| 306 | Commercial Thin | LFR | MST | UB | 10.0 |
| 307 | Commercial Thin | LFR | MST | UB | 26.8 |
| 308 | Ponderosa Restoration | LFR | MST | | 17.5 |
| 310 | Commercial Thin | LFR | MST | UB | 54.3 |
| 311 | Commercial Thin | LFR | MST | UB | 63.7 |
| 312 | Thinning of Clumps | LFR | MST | UB | 12.2 |
| 313 | Commercial Thin | LFR | MST | UB | 39.7 |
| 314 | Commercial Thin | LFR | MST | UB | 22.0 |
| 315 | Commercial Thin | LFR | MST | UB | 23.9 |
| 316 | Commercial Thin | LFR | MST | UB | 59.8 |

Exhibit B, Page 56