

An official website of the United States government  Here's how you know

**Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

# Cabin Butte Project Area to Close for Forest Restoration

**Release Date:** January 16th, 2025

*The closure will go into effect May 1 to allow for safe project implementation*

**Bend, Ore. –** The Deschutes National Forest will temporarily close the Cabin Butte Vegetation Management Project area south of Bend beginning May 1, to ensure public safety and support critical forest restoration efforts. The 34,600-acre closure will last at least one year.

The closure will restrict all access, including day use and overnight camping, while crews operate heavy machinery, conduct prescribed burns, and clean up hazardous materials. The work, part of the USDA Forest Service's Wildfire Crisis Strategy, aims to reduce wildfire risk and restore damaged habitats in the wildland-urban interface near Bend.

"This project is essential for improving forest health and reducing wildfire risks in our community," said Holly Jewkes, supervisor of the Deschutes National Forest. "Closing the area allows us to conduct this work safely and effectively."

The closure will affect several major access points and recreation areas, including Horse Butte Trailhead, Coyote Butte OHV area, Bessie Butte Trailhead, Boyd Cave, and popular rock pits used for recreational shooting within the project area. Key roads such as Forest Service Roads 18, 1801, 1810, 1814, 1815, 1816, 1819, 9701, 9711, and 9714 will also be closed. Signs will be posted at closure boundaries, and Forest Service staff will enforce compliance.

Violators of the closure could face fines up to $5,000, imprisonment for up to one year, or both.

The Cabin Butte project includes a combination of thinning, mowing and mastication, and prescribed fire treatments which will be implemented across the project area. As work is completed, the Forest will reevaluate the continued need for the closure to provide for safe, effective project implementation.

The Forest Service has been working with local governments and nonprofits to best prepare people living in unauthorized encampments within the project area. Early notifications will be made in an effort to minimize displacement impacts.

"This work will make our forests healthier, safer, and more resilient to wildfire," Jewkes said. "We appreciate the public's understanding and cooperation as we take this important step."

Exhibit C, Page 1

For more information about the project, please contact the Bend-Fort Rock Ranger District at (541) 383-5300 or visit:

https://usfs.maps.arcgis.com/apps/MapJournal/index.html?appid=60382187c195404396bfd305fa314d6d.

-USFS-

*Last updated March 27th, 2025*

Return to top

Exhibit C, Page 2