

Exhibit D, Page 1