# Cabin Butte Vegetation Management Project Closure Order Notice

The Deschutes National Forest is closing the area around Forest Service Road 18 (China Hat Road) for restoration work.



## The closure will start Thursday, May 1, 2025, and will be in place for at least a year.



- It's not safe for the public to be in the area while heavy machinery is operating, trees are being cut down and mowing and prescribed burning operations are active.
- Violation of the forest closure order may result in a Class B Misdemeanor, a fine of up to $5,000, and/or up to a year in jail.



All roads and access to China Hat will be closed including Forest Service Roads 18, 1801, 1810, 1814, 1815, 1816, 1819, 9701, 9711, and 9714.



**Forest Service**
U.S. DEPARTMENT OF AGRICULTURE

**WILDFIRE CRISIS strategy**

Exhibit I, Page 1