# Bend Service Provider Resource Guide

| Organization | Services | Location | Contact | Hours & Information |
|---|---|---|---|---|
| To be assessed for the right level of services and housing resources, please complete an assessment through the Coordinated Entry System (CES). Please call 541-630-2533 on Tuesdays or Thursdays between 12pm – 4pm. For more information, go to cohomeless.org, click "Tools" and click "Coordinated Entry System" ||||| 
| Crisis Line | | | 541-322-7500 x9 | 24/7 |
| 211 Information | Resource Center | | Call: 211 | 211info.org |
| Legal Aid Services of Oregon | Legal Aid | | 541-385-6950 | Lasoregon.org |
| Bend Police (Non-Emergency) | | | 541-693-6911 | 24/7 |
| Bethlehem Inn | Overnight Shelter (no drugs/alcohol, test on entry) | 3705 N Hwy 97 | 541-322-8768 | bethleheminn.org |
| Companion Animal Medical Project (CAMP) | Animal Services | | 541-728-3439 | campclinics.org |
| Central Oregon Veterans Outreach (COVO) | Veteran Housing & Support Services | 61510 S Hwy 97 | 541-383-2793 | Covo-us.org |
| Central Oregon Villages | Non-congregate Shelter | Coordinated Entry | 541-420-0660 | covillages.org |
| Oasis Village - Redmond | Non-congregate Shelter | Coordinated Entry | 541-604-0121 | oasisvillageor.org |
| Deschutes County | Street Outreach | 1128 NW Harriman St | 458-292-6160 or 458-292-6397 | M - F, 8am - 5pm |
| | Stabilization Center | 63311 NE Jamison | 541-585-7210 | 24/7 |
| | Crisis Line | | 541-322-7500 x9 | 24/7 |
| Family Kitchen | Meals | 231 NW Idaho Ave | 541-760-5677 | M, W, F: 10:30am-12:30pm<br>T, Th, F: 4:40-6:30pm<br>Saturday: 11:00am-12:30pm |
| J Bar J Youth Services | Youth Services | | 1-800-660-0634 | cascadeyouthandfamilycenter.org |
| Grandma's House | Youth Shelter | | 541-383-3515 | |
| The LOFT | Youth Transitional | | 541-318-3436 | |
| Mosaic Medical | Healthcare | | 541-383-3005 | mosaicmedical.org/clinics |
| REACH | Street Outreach | | 425-765-1782 | reachoutcentraloregon.org |
| Home More Network | Street Outreach | | 541-316-3218 | Homemorenetwork.org |
| Saving Grace | Domestic Violence | | 541-389-7021 | saving-grace.org |
| Shepherd's House | Men's Shelter | 1854 NW Division St. | 541-388-2096 | shepherdshouseministries.org |
| | Women's Shelter | 2120 NW Bear Creek | 541-388-2096 | shepherdshouseministries.org |
| | Lighthouse Navigation Center (no drugs/alcohol on entry) | 275 NE 2nd St. | 541-388-2096 x208 | Day use: 7am – 4pm, Check-in: 6-10pm for overnight, also has case management/peer support, access to community service providers and mail services |
| | SHARE/Shower Truck | | 541-388-2096 x206 | M 2-4 pm at Lighthouse (275 NE 2nd St)<br>W 2-4 pm at Shepherd's House (1854 NE Division St)<br>F 10:30 am-12:30 pm at Family Kitchen (231 NW Idaho Ave) |
| NeighborImpact | Community Resources | | 541-548-2380 | Neighborimpact.org/housing-help/ |
| THRIVE | Housing Stabilization | | 541-728-1022 | thrivecentraloregon.org/walk-in-schedule |

Exhibit J, Page 1