Charles W. Hemingway, Self-Represented
hemingwaych@bendnet.com
680 NW Bond St., Bend, OR 97703-3274
(458) 206-8682

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION 6

Theresa Bradshaw, Mandy Bryant, Chris
Daggett, & Penny Gartner, Homeless
Individuals, On Behalf of Themselves
And All Other Homeless Individuals
In the Cabin Butte Vegetation Management
Project, Deschutes National Forest and Eric
Garrity and Charles Hemingway, Homeless
Service Providers, all Self-Represented

     Plaintiffs

v.

Holly Jewkes; Bend-Fort Rock Ranger District ,
Deschutes National Forest; Jessica Bowron,
Acting Director, U.S. National Parks Service;
Parks Service, Holly Jewkes, Bend-Fort Rock;
Brooke Rollins, U.S. Secretary of Agriculture &
Unnamed & Unknown Contractors Engaged by
The National Parks Service for the Cabin Butte
Vegetation Management Project

     Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:25-cv-00640-MC

STATUS REPORT

Dated: 9 October 2025

s/ _Charles W. Hemingway_

Charles W. Hemingway, Self-Represented

## PLAINTIFF'S STATUS REPORT

Pursuant to this Court's order of September 26, 2025, Plaintiffs hereby respectfully submit a Status Report setting forth developments in this case following the Court's decision on On May 1, 2025.

On May 1, 2025 Defendant Forest Service carried out the announced closure of a large tract of U.S. Forest Service land known as China Hat and Horse Butte as part of what is known as the Cabin Butte Vegetation Management Project. This action displaced an estimated 100+ unhoused persons who had remained upon the land and were unable to leave due to various circumstances despite a notice to them by the Forest Service on January 16, 2025 that on May 1, 2025 the area where they lived would be closed.

Although the entry gates were locked by the Forest Service on May 1, 2025, over the course of the next several weeks the Forest Service did allow homeless service providers and numerous displaced residents an opportunity to be escorted back onto the China Hat and Horse Butte areas that had been closed to reclaim certain of their property.

After that time the no further entries were permitted, except as follows: A procedure was then announced by the Forest Service whereby displaced individuals and service providers could call a telephone number provided by the Forest Service to schedule an appointment to go back into the closed area and reclaim property. But in the actual experience of Plaintiffs Bryant and Daggett and anecdotal reports from many other displaced persons, despite repeated telephone calls to the number provided, virtually no calls were returned and after 90 days, under Forest Service rules, all remaining property is now considered abandoned.

Effective with the Court's May 1, 2025 Opinion and Order, the Disability Discrimination Complaints filed by 80 unhoused residents who remained upon the land became moot and no actions by Defendants on them was ever taken.

Unhoused residents from the China Hat and Cabin Butte areas who were displaced scattered to locations on Deschutes County lands, state lands, other surrounding Forest Service land, the streets of the City of Bend, the City of Redmond and Bureau of Land Management lands, but most of these persons were subsequently displaced again from these lands over the intervening months.

More than 100 of those displaced eventually settled into an area north of the City of Bend known as Juniper Ridge on land owned jointly by Deschutes County and the City of Bend. An already existing large encampment of homeless persons known colloquially as "DirtWorld" had been designated by joint agreement between Deschutes County and the City of Bend on approximately 170 acres as a "Temporary Safe Stay Area" (TSSA).

The influx of displaced unhoused persons from the China Hat and Horse Butte areas swelled the number of those living in the TSSA from an estimated 80 to 90 unhoused persons to, at one point, more than 230 persons. A report given to a joint meeting of the Bend City Council and Deschutes County Commission on September 29, 2025, estimated that 191 unhoused persons, including the 100+ displaced from the China Hat/Horse Butte areas, remain in "Dirtworld" within the TSSA.

There has been one known death of a displaced former China Hat/Horse Butte unhoused person and anecdotally former residents report that there have been others, but Plaintiffs Garrity and Hemingway have not been able to formally confirm these reports.

At the September 29, 2025 joint city/county meeting, city councilors and county commissioners discussed an announced plan to close the entire Juniper Ridge TSSA area no later than December 31, 2026, which will result in the displacement of these 191 persons. City councilors and county commissioners acknowledged that if the closure is carried out there is no place for these individuals to go but onto other Forest Service, BLM, county and state lands and the streets of surrounding jurisdictions.

Following is a Status Report on the named Plaintiffs:

Plaintiff Theresa Bradshaw had to give up her RV but is living in a clean and sober house in LaPine, OR, participating in an outpatient treatment program and reports 8 months clean and sober;

Plaintiffs Mandy Bryant and Chris Daggett are and have been partners for many years. Displaced from the Horse Butte area they are currently living in their 5th Wheel on private property owned by Plaintiff's Bryant's mother in the City of Bend, but face the prospect of having to leave that property due to city ordinances and are faced with having to relocate to other public lands in the near future.

Plaintiff Penny Gartner lost her RV in the displacement but is now living in Permanent Supported Housing (PSH) in the City of Bend known as Cleveland Commons.

Plaintiffs Eric Garrity and Charles Hemingway continue as homeless service providers, now focusing primarily on the community of unhoused persons living in the TSSA in the area known as "DirtWorld."

Plaintiffs respectfully request that this matter be considered by the Court as closed and that no further Status Reports be required.

Respectfully submitted:

CHARLES W. HEMINGWAY, Self Represented
On behalf of the other Named Plaintiffs, all Self Represented

Electronic Notice Sent to:

Sean Martin, U.S. Department of Justice, sean.martin@usdoj.gov

Keith Ramsey, U.S. Department of Justice, keith.ramsey@usdoj.gov

CaseView.ECF@usdoj.gov