IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THERESA BRADSHAW, MANDY BRYANT, CHRIS DAGGETT, and PENNY GARTNER, homeless individuals, on behalf of themselves and all other homeless individuals in the Cabin Butte Vegetation Management Project, Deschutes National Forest; and ERIC T. GARRITY, and CHARLES HEMINGWAY, homeless service providers, all self-represented, <br><br>       Plaintiffs, <br><br>   v. <br><br>HOLLY JEWKES, JESSICA BOWRON, BROOKE ROLLINS, and UNNAMED AND UNKNOWN CONTRACTORS, <br><br>       Defendants. | Case No. 6:25-cv-00640-MC <br><br> JUDGMENT |

MCSHANE, Judge:

    Based on Plaintiffs' Status Report, ECF No. 19, this action is DISMISSED, with prejudice.

IT IS SO ORDERED.

DATED this 9th day of January 2026.

                                                       s/ Michael J. McShane
                                                        Michael J. McShane
                                                   United States District Judge